```
          IN THE UNITED STATES DISTRICT COURT
           FOR THE MIDDLE DISTRICT OF ALABAMA
                    NORTHERN DIVISION


UNITED STATES OF AMERICA,    )
                             )
     PETITIONER,             )
                             )
     v.                      ) Miscellaneous Action No.
                             )   2:06mc3278-MHT
LARRY B. GOLSON,             )
                             )
     RESPONDENT.             )
```

## ORDER TO SHOW CAUSE

Upon the petition of the United States (Doc. No. 1), and the declaration and summons attached thereto, it is hereby

ORDERED that respondent, Larry B. Golson, appear before the District Court of the United States for the Middle District of Alabama in that branch thereof presided over by the Honorable Myron H. Thompson, the undersigned, in the United States Courthouse, One Church Street, Montgomery, Alabama 36104 at 10:00 a.m. on the 27th day of February, 2006, at Courtroom 2E, to show cause why respondent should not be compelled to comply with the Internal Revenue Service summons served on respondent on June 13, 2005. It is further

ORDERED that a copy of this Order, together with the petition and exhibits thereto, be personally served on Larry B. Golson, by the United States Marshall's Service within 20 days of this Order.

It is further

ORDERED within 10 days of service of copies of this Order, the

petition and exhibits thereto, respondent shall file and serve a written response to the petition.

Done this the 23rd day of January, 2006.

                                      /s/ Myron H. Thompson
                                     UNITED STATES DISTRICT JUDGE