**U.S. Department of Justice**
**United States Marshals Service**

## PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF USA | COURT CASE NUMBER 2:06 mc 3278-MHT |
|---|---|
| DEFENDANT Larry B. Golson   Cell Phone   334-549-2805 | TYPE OF PROCESS Order to Show Cause petition |

**SERVE** ► NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
LARRY D. GOLSON   Cell Phone   334-549-2805

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1736 Deer Trail Road, Montgomery, AL 36117

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Debra P. Hackett, Clerk
U.S. District Ct.
P.O. Box 711
Montgomery, AL 36101

| | |
|---|---|
| Number of process to be served with this Form - 285 | 2 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All
Telephone Numbers, and Estimated Times Available For Service):
Fold                                                                                            Fold

Signature of Attorney or other Originator requesting service on behalf of:   ☐ PLAINTIFF   ☐ DEFENDANT   TELEPHONE NUMBER   DATE

---

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 2 | District to Serve No. 2 | Signature of Authorized USMS Deputy or Clerk K. Chavers | Date 1/23/06 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described
on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

**RETURNED AND FILED**

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|

FEB - 6 2006

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| Address (complete only if different than shown above) | Date of Service 2/2/06 | Time 11:40 ☐ am ☐ pm |
|---|---|---|
| | Signature of U.S. Marshal or Deputy Kevin A. Chavers | |

| Service Fee 45.00 | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges 45.00 | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS: 2-1-06 - Spoke with Mr. Golson, advised he would
pick up the paper at our office on 2/2/06 — m filed
Golson picked up at USMS 11:40 a.m. 2/2/06
Golson phone number 202 · 1202
#35

---

**PRIOR EDITIONS MAY BE USED**   **1. CLERK OF THE COURT**   FORM USM-285 (Rev. 12/15/80)