IN THE DISTRICT COURT OF THE UNITED STATES FOR THE RECEIVED

MIDDLE DISTRICT OF ALABAMA

2006 FEB 16  A 10: 25

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NUMBER 2:06mc3278-MHT |
| | ) | |
| | ) | Honest Inquiry One |
| PETITIONER, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| LARRY B. GOLSON, | ) | |
| | ) | |
| RESPONDENT. | ) | |
| _____ | ) | |

I, Larry B. Golson, Declarant, a natural man brought into existence by the God of Creation, a free Man, a man of common intelligence, born in the territorial boundaries of the Republic of Alabama, has never lived outside the territorial boundaries of the Republics of Alabama or Florida, a private sector worker that has not worked in any government capacity, not a trustee/fiduciary or transfer agent of, or representing in any way, any corporation or other artificial entity, has not knowingly, willingly, or intentionally authorized any gifts, under threat, duress and without prejudice, provide the following for the sole purpose of determining jurisdiction and venue.  1 Thessalonians 5:21 "Prove all things; hold fast that which is good."  Declarant took notice when former President Bill Clinton who was also a Governor, Attorney General, Attorney, lawyer and Rhodes Scholar and unquestionably a man of uncommon intelligence stated under oath "It depends on what the meaning of the word 'is' is."

Declarant simply does not understand the nature and cause of the accusation with regard to the elements of personal jurisdiction, venue, and the nature of the action until they are properly alleged.  Declarant is therefore unable to enter any plea until an opportunity to raise a meaningful defense against these elements is provided. There is insufficient information to form an answer.  An unstated presumption can not be rebutted.  **_All_** presumptions must be fully disclosed to avoid violating due process and/or as required by 5 USC 552.

**5CFR2635.101 Basic obligation of public service** places a responsibility on government employees to act with integrity and uphold the Constitution for the United States of America which includes the laws and the rulings of the Supreme Court.  Further, the IRS Mission is to "Provide America's taxpayers top quality **_service_** by helping them **_understand_** and meet their tax responsibilities and by applying the tax law with integrity and fairness to all."

CM # 7004 2890 0004 6383 3577

impose a duty upon the defendant is subject to dismissal for failure to state a claim upon which relief may be granted.

> "Rule 12 (b)(6) authorizes a court to dismiss a claim on the basis of a dispositive issue of law." Neitzke v Williams, 490 US 319, 326; Hishon v King, 467 US 69, 73; Conley v Gibson, 355 US 41, 45-46.

> "In the interpretation of statutes levying taxes it is the established rule not to extend their provisions, by implication, beyond the clear import of the language used, or to enlarge their operations so as to embrace matters not specifically pointed out. In case of doubt they are construed most strongly against the government, and in favor of the citizen. United States v. Wigglesworth, 2 Story, 369, Fed. Cas. No. 16,690; American Net & Twine Co. v. Worthington, 141 U.S. 468, 474 , 12 S. Sup. Ct. 55; Benziger v. United States, 192 U.S. 38, 55 , 24 S. Sup. Ct. 189." Also see Spreckels Sugar Refining C0. v. McClain, 192 U.S. 397, 417 (1904). Gould v. Gould , 245 U.S. 151 (1917)

> "The Schlesinger Case has since been applied many times by the lower federal courts, by the Board of Tax Appeals, and by state courts; and none of them seem to have been at any loss to understand the basis of the decision, namely, that a statute which imposes a tax upon an assumption of fact which the taxpayer is forbidden to controvert is so arbitrary and unreasonable that it cannot stand under the Fourteenth Amendment." Heiner v. Donnan, 285 U.S. 312 (1932)

> "Nor is it material that the Fourteenth Amendment was involved in the Schlesinger Case, instead of the Fifth Amendment, as here. The restraint imposed upon legislation by the due process clauses of the two amendments is the same. Coolidge v. Long, 282 U.S. 582, 596 , 51 S. Ct. 306, 75 L. Ed ., 562. That a federal statute passed under the taxing power may be so arbitrary, and capricious as to cause it to fall before the due process of law clause of the Fifth Amendment is settled. Nichols v. Coolidge, 274 U.S. 531, 542 , 47 S. Ct. 710, 52 A. L. R. 1081; Brushaber v. Union Pac. R. R. Co., 240 U.S. 1 , 24-25, 36 S. Ct. 236, L. R. A. 1917D, 414, Ann. Cas. 1917B, 713; Tyler v. United States, supra, 281 U.S. 504 , 50 S. Ct. 356, 69 A. L. R. 758. Heiner v. Donnan, 285 U.S. 326 (1932)

2) What is the nature and class of the alleged liability? Declarant does not understand what activity or privilege is being taxed? What is it that makes one subject to the tax? Which type of tax and what is the "subject of" the tax. What admissible evidence does plaintiff have that Declarant is engaged in such an activity? What basis is there for "presuming" that Declarant is engaged in such a "taxable activity"? What privilege is being exercised so that one may know how to avoid it? Inability to avoid the tax and the activity that is taxed, would constitute slavery and enforcing a Direct tax within the states of the Union is a violation of the Constitution. Declarant must be told what license or privilege was applied for **_and_** received in order to justify being subject to this "tax"? Failure to respond and provide the statute indicates there is no statutory liability beholden on Declarant.

3) Who is the plaintiff UNITED STATES OF AMERICA in this case? There is insufficient information on which a determination can be made. There are no provable fact witnesses since no plaintiff has been identified who can testify or be cross-examined. Petitioner's documents note the difference as petitioner's title bears only "United States" not "United States of America". In the common understanding of the term, the "united" in United States of

America is an adjective, describing a Continent consisting of connecting Sovereign States plus two other landmasses (States) that are not connected to the American Continent. These united States of America consist of the 50 State Republics, all of which have been admitted to the Union of the United States of America. This is clearly designated by the 50 Stars on the Flag of the United States of America. The jurisdictional question arises under the wording of the U.S. Constitution and the wording of the laws of the United States. No Constitutional powers were granted to the "United States of America". A clarification of the identity of the "United States of America" is necessary before an answer can be made.

> **"A witness may not testify to a matter unless evidence is introduced sufficient to support a finding that the witness has personal knowledge of the matter. Evidence to prove personal knowledge may, but need not, consist of the witness' own testimony. This rule is subject to the provisions of rule 703, relating to opinion testimony by expert witnesses.**
>
> **"A judgment is void, and therefore subject to relief under Rule 60(b)(4), only if the court that rendered judgment lacked jurisdiction or in circumstances in which the court's action amounts to a plain usurpation of power constituting a violation of due process." United States v. Boch Oldsmobile, Inc., 909 F.2d 657, 661 (1st Cir. 1990)**

The identity of the plaintiff is unknown except that the plaintiff is known to be a fictional entity (United States of America) that cannot think, testify, or write a letter. A fictional entity is incapable of giving testimony. Cross-examination and deposition of plaintiff will be necessary as to personal knowledge of allegations. There are no provable fact witnesses since no plaintiff has been identified who can testify or be cross-examined.

Who is the plaintiff "United States of America", what is its charter and who are its executives? Failure to respond with sufficient information will be an admission that the plaintiff is an artificial entity that has no jurisdiction.

4) The Internal Revenue code cited by petitioner only cites the "United States of America" in reference to the "Senate and House of Representatives of", "President by the Constitution", or when referring to copyright royalties in reference to other countries, or when referring to certain Qualified Group Self-Insurers' Fund as related to "guaranteed by the". These are all referencing things very specific in nature. How is the fictional plaintiff "United States of America" relative or able to act in the instant case? Failure to respond and provide proof of jurisdiction indicates plaintiff has no jurisdiction when dealing with a private individual of a State Republic.

5) The Constitution for the United States of America clearly states in Article III. Section. 2. "to Controversies to which the United States shall be a Party".

> Black's Law Dictionary, 4th Edition **United States**. This term has several meanings. (1) It may merely be the name of a sovereign occupying the position analogous to that of other sovereigns in the family of nations. (2)It may designate territory over which sovereignty of United States extends; or (3)it may be the collective name of the states which are united by and under the Constitution. Hooven & Allison Co. v. Evatt, 65. Ct. 870, 880, 324 U.S. 652, 89 L.Ed. 1252.

The "United States" is not mentioned as a party to the controversy. Even if it were there would still be confusion based on the definition. The Internal Revenue Code cited by petitioner in 7402 states "at the instance of the United States". There is confusion as plaintiff is the United States of America which based on the Constitution, Black's Law Dictionary and the definition therein and the code itself leads to complete uncertainty. This lack of specificity can lead in turn to court decisions which are also void for vagueness. It is a fundamental right to ignore vague and ambiguous laws with impunity, and must be extended to vague and ambiguous case law or assertions. All laws which are repugnant to the Constitution are null and void, see Marbury v. Madison, 5 U.S. (2 Cranch) 137, 174, 176 (1803). Failure to provide jurisdiction and statutory authority means plaintiff has no jurisdiction.

6) Where are the orders authorizing a United States attorney to act on behalf of the plaintiff?

> **"Public officers are merely the agents of the public, whose powers and authority are defined and limited by law. Any act without the scope of the authority so defined does not bind the principal, and all persons dealing with such agents are charged with knowledge of the extent of their authority." Continental Casualty C0. v. United States. 113 F2d 284 (5'h Cir. 1940)**

Failure to respond and provide orders will be an admission that no orders exist and there is no jurisdiction.

7) Who is the Internal Revenue Service? Petitioner states "The United States of America, on behalf of its agency, the Internal Revenue Service". As noted in 3) and 5) it is unknown who the "United States of America" is. Therefore there is confusion and lack of understanding. Since the Internal Revenue Service is the principal initiator of this complaint there must be clarification. There is no Internal Revenue Service listed as an agency being created by the Congress of the United States in any of the United States Code. The Internal Revenue Service's documents (Petitioner's Exhibit B for example) never indicate "United States" or "U.S.". Petitioner clearly indicates the Internal Revenue Service is *not* an Agency of the United States by claiming it is an agency of the United States of America. That must be true as declarant can find no Internal Revenue Service created by Act of Congress. Who or what is the Internal Revenue Service?

> "There was virtually no Washington bureaucracy created by the Act of July 1, 1862, ch. 119, 12 Stat. 432, the statute to which the present Internal Revenue Service can be traced." Chrysler Corp. v. Brown, 441 U.S. 281 (1979): [ Footnote 23 ]

The Internal Revenue Service was not created by Congress, as required by Article I Section 8, clause 18 of the Constitution of the United States; so cannot legitimately enforce internal revenue laws of the United States against private persons of the 50 State Republics. Article I Sec 8, clause 18 vests Congress with complete responsibility for facilitating power of Government of the United States via legislation: [The Congress shall have Power] To make all Laws which shall be necessary and proper for carrying into Execution the foregoing Powers, and all other Powers vested by the Constitution in the Government of the United States, or in any Department or Officer thereof."

United States v. Germaine, 99 US. 508 (1879); Norton v. Shelby C , 118 US. 425, 441, 6 S. Ct. 1131(1886), and numerous other cases reinforce the determination "there can be no officer, either de jure or de facto, if there be no office to fill."

While Congress can make laws, rules and regulations with very few limitations with regard to the property of the United States (Army post, Air Force bases, national forest, federal buildings, etc.), it has more restrictions when dealing with the territory states (currently Puerto Rico, Virgin Islands, Guam, American Sumoa) which sometimes includes the District of Columbia. However, the Constitution severely restricts these abilities when dealing with the Republican States of the Union. Failure to respond and provide proof of identity and jurisdiction means none exist.

8) The code section Sec. 7402 (b) cited states the "district court of the United States". However, this court's heading is titled "UNITED STATES DISTRICT COURT" the clerk's stamp is titled "U.S. District Court". In Balzac v. People of Porto Rico 258 U.S. 298 (1922), the Supreme Court of the United States defined the "United States district court" as a territorial court (Article I Sec 8) while in Mookini v.United States 303 U.S. 201 (1938), the Supreme Court defined the "district court of the United States" as an Article III court. These are clearly different and distinct entities. What is the jurisdiction?

9) The Code Sec. 7604 (a) cited states the "United States district court" whereas code sec 7402 (b) states "district court of the United States". As seen in 8) the Supreme Court has decided the two courts are different and now the petitioner is citing two distinct courts so there is complete lack of understanding. Proof of jurisdictional is required. It is noted it is impossible for this to happen at once.

10) All courts are of limited jurisdiction. Petitioner has clearly cited two different courts. There are Article III courts and there are Article I Sec 8 Tribunals. These are courts of extremely different jurisdictions and natures. Declarant can not determine what type of court this is because it clearly is not an Article III court but isn't spelled out as being an Article 1 court either. What type of court is this? This is very confusing and proof of jurisdiction is required. Failure to respond and provide jurisdiction means the court has no jurisdiction.

> **Since the Federal Courts are courts of limited jurisdiction, a plaintiff must always show in his complaint the grounds upon which that jurisdiction depends. Stein vs. Brotherhood of Painters, Decorators, and Paper Hangers of America, DCCDJ 1950, 11 F.R.D. 153.**

11) Where are the orders from the Secretary of theTreasury authorizing these actions? Petitioner must also show the documents and delegation orders from the Attorney General of the United States which authorize these actions. These orders are required under the Internal Revenue Code Sec. 7401, 7608 and others and/or 5 USC 552.

Where are the delegation orders from the Secretary of the Treasury to proceed with any actions? Petitioner's Exhibit A makes no claim that they exist. The petitioner has not identified himself/herself and no delegation orders from the Attorney General of the United States have been shown to exist. Further, written copies of such orders have not been presented. Declarant challenges identities and alleged delegation orders to any persons.

Further, it is noted again, that the Constitution only created a fictional entity called the United States not the United States of America. Petitioner must identify the proper name of the man/woman that is the person "Secretary of the Treasury" referred to in the Internal Revenue Code of 1986 Sec. 7701 (a) (11) (A) as that person is the authority for this action who must issue delegation orders per Sec. 7401 and 7608. Declarant notices this definition clearly does not state "of the United States" as clearly stated in other definitions. Failure to respond and provide the proper name of the person and the delegation orders means there are no orders and jurisdiction does not exist.

12) Sec 7621 of the Internal Revenue Code cited by petitioner is controlling for the establishment of Internal revenue districts by the President of the United States and establishes the boundaries of those districts. It gives the President the authority to create districts which is critical as the cited sections refer to "district in which such person resides or may be found". The Internal Revenue Code contains many words that have been defined as terms. The term "State" applicable in this section is found in Sec 7701 (a) (10):

Sec 7701 Definitions (a) When used in this title, where not otherwise distinctly expressed or manifestly incompatible with the intent thereof-- (10) The term ``**State**" _**shall**_ be construed to include the District of Columbia, where such construction is necessary to carry out provisions of this title. (emphasis added)

With the term "State" properly defined the correct understanding of Sec 7621 is that the President may divide or unite any districts within the District of Columbia. This understanding is fully supported by Treasury Order 150-02 (Exhibit A) which clearly only created offices and officers but no districts and eliminated any districts within the 50 State Republics by canceling Treasury Order 150-01 in number 18. The President delegated this authority to the Secretary of the Treasury of the United States in Executive Order 10289. This leaves only districts within the District of Columbia. Sec 7601 is controlling. Failure to respond and provide any other information regarding districts means there is no jurisdiction in this case.

13) Sec. 7651 is the controlling authority for the administration and collection of taxes. It limits the assessment and collection of _**all taxes and liabilities**_ of Title 26. It is the only section regarding this matter and no coincidence that it is titled Administration and collection of taxes in possessions. There is _**NO**_ corresponding section named for or identifying the (50) State Republics. It states:

> (1) _**All**_ **provisions** of the laws of the United States **applicable to the** _**assessment and collection**_ **of** _**any tax imposed by this title or**_ **of** _**any other liability arising under this title**_ **(including penalties)** _**shall**_, in respect of such tax or liability, **extend to and be applicable in** _**any possession of the United States**_ in the same manner and to the same extent **as if such** _**possession**_ **were a** _**State**_**, and as if the** _**term**_ ``United States" when used in a _**geographical sense**_ included such possession.

There are several sections specifying who those entities are that are considered possessions of the United States such as:

Sec 7701 (d) Commonwealth of Puerto Rico
Where not otherwise distinctly expressed or manifestly incompatible with the intent thereof, references in this title to _**possessions of the United States shall be treated as also referring to the Commonwealth of Puerto Rico**_.
Sec 7701 provides the definitions necessary to understand what is intended by these "terms".

Sec 932 (a) (3)
In the case of an individual to whom this subsection applies in a taxable year for purposes of so much of this title (other than this section and section 7654) as relates to the taxes imposed by this chapter, the _**United States shall be treated as including the Virgin Islands**_.

None include any of the 50 State Republics. However, as noted in number 12), the other definition that applies can be found in Section 7701.

(9) United States
The term "**United States**" when used in a _**geographical sense**_ includes _**only**_ the _**States**_ and the District of Columbia.

(10) State
The term "_**State**_" shall be construed to _**include**_ the District of Columbia, where such construction is necessary to carry out provisions of this title.

Clearly the term states as intended only includes the District of Columbia and the possessions which are treated as States to carry out this title.

> **"Include or the participal form thereof, is defined 'to comprise within'; 'to hold'; 'to contain'; 'to shut up'; and synonyms are 'contain'; 'enclose'; 'comprehend'; 'embrace'." U.S. Supreme Court, Montillo Salt co. v Utah, 221 U.S. 452, at 455, 466**

> **Inclusio unius est exclusio alterius. The inclusion of one is the exclusion of another. The certain designation of one person is an absolute exclusion of all others. Burgin v. Forbes, 293, Ky. 456, 169 S.W.2d 321, 325.**

This, in fact, is exactly as stated in the 16th Amendment which confines these same taxing provisions.

> **The Congress shall have power to lay and collect taxes on incomes, from whatever source derived, without apportionment among the *several* States, and without regard to any census or enumeration.**

The Constitution clearly identifies the difference between the *several* states and the States of the Union in Article 1 Sec 2 defining the make up of the House of Representatives and how they are determined for the *several* states vs *each* state and in Article 1 Sec 3 defining how the make up of the Senate is determined for *each* State only. It is easily noted today exactly who would be included in the *several* states (American Somoa, District of Columbia, Guam, Puerto Rico, and U.S. Virgin Islands) by comparing the State Republic Senators as listed on the Senate web site http://www.senate.gov/general/contact_information/senators_cfm.cfm?OrderBy=state&Sort=ASC with the **Representatives Listed By State** on the House web site http://www.house.gov/house/MemStateSearch.shtml#AQ. The difference between the two is the "several" States. There is no question the administration and collection of taxes under Subtitle F is only *lawfully* carried out in the possessions of the United States. This does not exclude the property of the United States as may have been "purchased by the Consent of the Legislature of the State in which the Same shall be" under Article 1 Sec 8 but it does exclude that which is within the boundaries of the State Republics. There are numerous properties that have been purchased from the Republic of Alabama, for example, with the consent of the legislature such as the Air Force Bases, Army Post, TVA property, national parks, and federal buildings. This understanding is shown throughout the Internal Revenue Code as cited through several examples.

The term "State" and "United States" are defined in many places. All have the same limiting definitions to that similar to Sec 7651 except a few such as the following:

Subchapter A - Tax on Petroleum
Sec. 4612. Definitions and special rules
(a) Definitions
    For purposes of this subchapter –
(4) United States
    (A) In general

    The term "United States" means the 50 States, the District of Columbia, the Commonwealth of Puerto Rico, any possession of the United States, the Commonwealth of the Northern Mariana Islands, and the Trust Territory of the Pacific Islands.
    (B) United States includes continental shelf areas
      The principles of section 638 shall apply for purposes of the term "United States".
    (C) United States includes foreign trade zones
      The term "United States" includes any foreign trade zone of the United States.
    (5) United States refinery
      The term "United States refinery" means any facility in the United States at which crude oil is refined.

Subchapter B - Tax on Certain Chemicals
Sec. 4662. Definitions and special rules
(a) Definitions
    For purposes of this subchapter -
    (2) United States
      The term "United States" has the meaning given such term by section 4612(a)(4).

Subchapter D - Ozone-Depleting Chemicals, Etc.
Sec. 4682. Definitions and special rules
(e) Other definitions
    For purposes of this subchapter -
(2) United States
    The term "United States" has the meaning given such term by section 4612(a)(4).

These are special items as denoted in the Definitions and the Congress clearly understands what it is doing, knows how to define the 50 States where appropriate and knows its Constitutional limitations.

Based on common understanding, the Congress has little choice in the matter because of Constitutional limitations. Failure to respond and provide proof of jurisdiction means jurisdiction does not exist.

14) See Declarant's Exhibit "B" on Summons authority. Failure to respond and provide jurisdiction means none exist.

15) Section 7608 is the enforcement authority for Internal Revenue Agents.

Sec. 7608. - Authority of internal revenue enforcement officers
(a) **Enforcement of subtitle E and other laws pertaining to liquor, tobacco, and firearms**
*Any investigator, agent, or other internal revenue officer by whatever term designated*, whom the Secretary charges with the duty of enforcing any of the criminal, seizure, or forfeiture provisions of subtitle E or of any other law of the United States pertaining to the commodities subject to tax under such subtitle for the enforcement of which the Secretary is responsible may –

    (1) carry firearms;

    (2) execute and serve search warrants and arrest warrants, and serve subpoenas and summonses issued under authority of the United States;

    (3) in respect to the performance of such duty, make arrests without warrant for any offense against the United States committed in his presence, or for any felony cognizable under the laws of the United States if he has reasonable grounds to believe that the person to be arrested has committed, or is committing, such felony; and

(4) in respect to the performance of such duty, make seizures of property subject to forfeiture to the United States.

(b) **_Enforcement of laws relating to internal revenue other than subtitle E_**

(1) Any criminal investigator of the Intelligence Division of the Internal Revenue Service whom the Secretary charges with the duty of enforcing any of the criminal provisions of the internal revenue laws, any other criminal provisions of law relating to internal revenue for the enforcement of which the Secretary is responsible, **_or any other law for which the Secretary has delegated investigatory authority_** to the Internal Revenue Service, is, in the performance of his duties, authorized to perform the functions described in paragraph (2).

(2) The functions authorized under this subsection to be performed by an officer referred to in paragraph (1) are -
(A) to execute and serve search warrants and arrest warrants, and serve subpoenas and summonses issued under authority of the United States;

Per section 7608 no authority exist in the instant case. Failure to respond and provide proof of authority means none exist.


16) What is the jurisdiction of the Small Business/Self-Employed Division as defined in the Internal Revenue Code? Treasury Order # 150-02 (Exhibit A) established the Commissioner, Small Business and Self-Employed Division in number 13. Note it says The Commissioner is **_responsible_** which is in sharp contrast to other Treasury orders which specifically state **_authority_** where given, for example in dealing with Territories and possessions Treasury Order # 150-01 (Exhibit C). This ties directly back with number 15). In the statutes themselves, the terms business and self-employed are not the same as those used in common language. Section 7701(a)(26) clearly defines Trade or business as:

**The term "trade or business" includes the performance of the functions of a public office.**

Self-Employed is defined using this same definition in 1402. It will be observed that section 1402, the 'Definitions' section of Subtitle A, Chapter 2- Tax on Self-Employment Income, contains a somewhat customized definition of "trade or business" for application when the term is "...used with reference to self-employment income or net earnings from self-employment..." It is one without a meaningful difference from the broader, code-wide definition at 7701(a)(26). The version at 1402(c) still confines its meaning to "the performance of the functions of a public office"-- it simply restricts the application of provisions incorporating the term, within the specified context, to certain and particular public offices, and certain performers. This restriction serves primarily to differentiate between 'staffers', meant to be treated as "employees" under the law, and 'contractors', meant to be treated as

"self-employed". It does not introduce any expansion of the term to embrace purely private-sector, Republic State persons.

On the other hand, it is important to note that the term "trade or business" does have a meaning beyond "the performance of the functions of a public office", although only in a highly specialized context. The term made its first appearance in federal revenue law in reference to federally licensed activities, of which there were many in the early days of the "income" tax-- dozens and dozens, in fact. Today, the list of such activities is now confined to only a few, chiefly involving alcohol, tobacco and firearms. The code representation of these laws is compiled into Subtitle E. This is where the code-wide definition of "trade or business" as "the performance of the functions of a public office" is "manifestly incompatible with the intent thereof", and the meaning of the term for purposes of procedural requirements etc. is expanded to include those involved in the licensed activities. All of this is in keeping within the Constitutional framework. Failure to respond and provide proof of jurisdiction indicates none exist in the instant case.

17) Who is the "person" summoned in these code sections. All would be of the same general class.

> **"And they sent out unto him their disciples with the Herodians, saying, Master, we know that thou art true, and teachest the way of God in truth, neither carest thou for any man: for thou regardest not *the person* of men." Mathew 22:16 (emphasis added)**

> The Selective Service Act Sec. 466. Definitions (a) The term "between the ages of eighteen and twenty-six" shall refer to *men* who have attained the eighteenth anniversary of the day of their birth and who have not attained the twenty-sixth anniversary of the day of their birth; and other terms designating different age groups shall be construed in a similar manner. (emphasis added)

> The Internal Revenue Code of 1986 Sec. 7701. Definitions (a) (1) Person The term "person" shall be construed to mean and include an *individual*, a trust, estate, partnership, association, company or corporation.

> Black's Law Dictionary, 5th Edition **Individual.** As a noun, this term denotes a single person as distinguished from a group or class, and also, very commonly, a private or natural person <u>as distinguished from</u> a partnership, corporation, or association; but it is said that *this restrictive signfication is not necessarily inherent in the word, and that it may, in proper cases, include **artificial persons***. See also Person. (emphasis added)

> Black's Law Dictionary, 5th Edition **Artificial Persons.** *Persons created by and devised by human laws* for the purposes of society and government, *as distringushed from natural persons*. Corporations are examples of artificial persons. (emphasis added)

Note "this **_restrictive_** signification" and "that it may, in proper cases, include **_artificial persons_**". In other words, when it is used to indicate one or the other it is restrictive to that usage **_except_** in the case of **_artificial persons_**. However, considering what an "artificial person" is it is completely consistent with the other things listed and it is easy to see that "artificial persons" are **_not_** an exception at all since they would be of the same nature and class. So when referring to artificial entities, "person" means an artificial entity and specifically refers to persons created by or devised by "human" laws. It can't mean both at the same time and that is not allowed, it is by definition restricted from being so. It is clear that Congress understands the difference between the two as shown by the two sections above. Clearly not just any man is the person described or Congress would have written the law as such.

> Black's Law Dictionary, 5th Edition **Ejusdem generis**. Of the same kind, class, or nature. In the _construction of laws_, wills, ad other instrucments, the "ejusdem generis rule" is, that where _general words_ follow an enumeration of persons or things, _by words of a particular and specific meaning, such general words are not to be construed in their widest extent_, but _are to be held as applying only to persons or things of the same general kind or class as those specifically mentioned_." U.S. v. LaBrecque, D.C.N.J., 419 F.Supp 430, 432; Aleksich v. Industrial Accident Fund, 116 Mont. 127, 151 P.2d 1016, 1021." (emphasis added)
>
> Black's Law Dictionary, 5th Edition **Nosciture a sociis**. It is known from its associates. The meaning of a word is or may be known from the accompanying words. Under the doctrine of "noscitur a sociis", _the meaning of questionable words or phrases in a statute may be ascertained by reference to the meaning of words or phrases associated with it_. Wong Kam Wo v. Dulles, C.A. Hawaii, 236 F.2d 622, 626. (emphasis added)
>
> Black's Law Dictionary, 5th Edition **Inclusio unius est exclusio alterius**. The inclusion of one is the exclusion of another. The certain designation of one _person_ is an absolute exclusion of all others. Burgin v. Forbes, 293, Ky. 456, 169 S.W.2d 321, 325. (emphasis added)

A man can be many different persons such as a dad or son by definition of those words, however, when referring to persons in the law it specifically relates to those persons created by law (public offices, positions, etc.). The Internal Revenue Code has numerous descriptions of various persons as the term is described, they include sec 3401 (c):

> **EMPLOYEE.—For purposes of this chapter, the term "employee" includes an officer, employee, or elected official of the United States, a State, Territory, or any political subdivision thereof, or the District of Columbia, or any agency or instrumentality of any one or more of the foregoing. The term "employee" also includes an officer of a corporation.**

It is noted that "this chapter" is referring to Chapter 24—Collection of income tax at source on wages. However, there appears to be nothing in the rest of the code that significantly conflicts with that definition. The term "State" as defined in Sec 7701 here again applies and corporation also has special meaning.

Attached is Exhibit D Senate Document No. 98 from June 16, 1909. Page two of that document clearly speaks to the persons and the sources often referred to in the Internal Revenue Code. In the second paragraph it states:

> "I therefore recommend to the Congress, that both Houses by a two-thirds vote, shall propose an amendment to the Constitution conferring the power to levy an income tax **_upon the National Government_** without apportionment among the States in proportion to the population.

We have previously determined who the "States" are and now we know who or what is taxed. Income sourced from the Federal Government. The above information supports Declarant's knowledge that he is not one of those persons. It can not be expanded beyond the original intent and, in fact, is not.

> **"we are of the opinion that there is a clear distinction in this particular between an individual and a corporation, and that the latter has no Right to refuse to submit its books and papers for an examination at suit of the State. The individual may stand upon his constitutional [sic] {guaranteed} Rights as a citizen. He is entitled to carry on his private business in his own way. His power to contract is unlimited." "He owes no such duty to the State, since he receives nothing therefrom, beyond the protection of his life and property." In Hale v. Henkel , 201 U.S. 43, 74 (Emphasis added)**

Failure to respond and provide proof of jurisdiction indicates none exist in the instant case.

19) Declarant would like to clarify that he stated he did not have the many documents requested in his possession and that he had a layman's understanding of the ruling.

20) This is some of the information (there is much more) that supports Declarant's understanding of these provisions of the Internal Revenue Code.

> **"One of the unique features of our _democracy_ is the generation of tax revenues through a system of individual _self-assessment_." Mark W. Everson, IRS Commissioner 2003 1040 Instructions (Exhibit 10)**

> **Our tax system is based on individual _self assessment_ and _voluntary_ compliance." Mortimer Caplin, IRS Commissioner, 1975 Internal Revenue Audit Manual.**

> **February 3, 1953, page 13, Congressional Record, Dwight E. Avis, Director of Alcohol, Tobacco & Firearms, Investigation of the IRS and It's Laws, House Ways & Means Committee:**
> **"Let me point this out now. This is where the structure differs. _Your income tax is a 100% voluntary tax_ and your liquor tax (A.T.F.) is a 100% enforced tax. Now the situation is as different as night and day. Consequently, your same rules simply will not apply."**

> **"It has long been established that a State may not impose a penalty upon those who exercise a right guaranteed by the Constitution." Frost & Frost Trucking Co. v. Railroad Comm'n of California 271 U.S. 583**

Failure to respond with specific proof to each item indicates there is no response and those items stand as undisputed fact.

21) Other supporting court cases.

> **"The law _requires proof of jurisdiction_ to appear on the record of the administrative agency and all administrative proceedings." Hagans vs Lavine, 415 US 533.**

"Public officers are merely the agents of the public, whose powers and authority are defined and limited by law. Any act without the scope of the authority so defined does not bind the principal, and all persons dealing with such agents are charged with knowledge of the extent of their authority." Continental Casualty C0. v. United States. 113 F2d 284 (5'h Cir. 1940)

"Whatever the form in which the Government functions, anyone entering into an arrangement with the Government takes the risk of having accurately ascertained that he who purports to act for the Government stays within the bounds of his authority. The scope of this authority may be explicitly defined by Congress or be limited by delegated legislation, properly exercised through the rule-making power. And this is so even though, as here, the agent himself may have been unaware of the limitations upon his authority." Federal Crop Insurance Corp. v. Merrill, 332 U.S. 380 (1947)

"...constitutional deprivations may not be justified by some remote administrative benefit to the State." Harman v. Forseenius. 380 U.S. 528, 540 (1965) Pp. 542-544

"Silence can only be equated with fraud where there is a legal or moral duty to speak, or where an inquiry left unanswered would be intentionally misleading. . . We cannot condone this shocking behavior by the IRS. Our revenue system is based on the good faith of the taxpayer and the taxpayers should be able to expect the same from the government in its enforcement and collection activities." U.S. v. Tweel, 550 F.2d 297, 299. See also U.S. v. Prudden, 424 F.2d 1021, 1032; Carmine v. Bowen, 64 A. 932.

"Thus, where the Congress prohibits the commencement of a civil action unless certain specific acts are performed, this Court has no jurisdiction over the subject matter until the requisite conditions are met in fact and such compliance is shown by the pleadings and, where necessary, established by proof. ... [B]ut the mere allegation of facts necessary for jurisdiction without supporting proof is fatally defective. ... This Court holds that 26 U.S.C. Section 7401 requirements constitute facts essential to jurisdiction. The failure to prove jurisdictional facts when specifically denied is fatal to the maintenance of this action." [U.S.A. v. One 1972 Cadillac Coupe De Ville] [355 F.Supp. 513, 515 (1973)]

"our starting point must be the language employed by Congress," Reiter v Sonotone Cortp, 442 US 330, 337, 60 L Ed 2d 931, 99 S Ct. 2326 (1979), and we asume that the legislative purpose is expressed by the ordinary meaning of the words used." Richards v United States, 369 US 1, 9, 7 L Ed 2d 492, 82 S Ct. 585 (1962)

"The starting point in any endeavor to construe a Statute is always the words of the Statute itself; unless Congress has clearly indicated that its intentions are contrary to the words it employed in the Statute, this is the ending point of interpretation." Fuller v. United States 615 F Supp. 1054 (D.C. Cal 1985), West's Key 188 quoting Richards v. United States 369 US 1, 9, 82 S. Ct. 585, 590, 7 L.Ed. 2d 492 (1962)

"[W]here Congress includes particular language in one section of a statute but omits it in another ..., it is generally presumed that Congress acts intentionally and purposely in the disparate inclusion or exclusion.' " Russello v United States, 464 US 16, 23, 78 L Ed 2d 17, 104 S Ct. 296 (1983) (Quoting United States v. Wong Kim Bo, 472 F. 2d 720, 722 (CA 1972))

"The starting point for interpreting a statute is the language of the statute itself; absent a clearly expressed legislative intention to the contrary, that language must ordinarily be regarding as conclusive." Product Safety Comm'n v. GTE Sylvania, 447 US 102, 64 L Ed 2d 766, 100 S Ct. 2051 (1980)

"When the words of a statute are unambiguous, the first canon of statutory construction--that courts must presume that a legislature says in a statute what it means and means in a statute what it says there--is also the last, and judicial inquiry is complete." Connecticut National Bank v. Germain, 503 US 249 (1992)

"In a statutory construction case, the beginning point must be the language of the statute, and whan a statue speaks with clarity to an issue, judicial inquiry into the statute's meaning—in all but the most extraordinary circumstance—is finished; courts must give effect to the clear meaning of statutes as written." Estate of Cowart v. Nicklos Drilling Co., 505 US 120 L Ed 2d 379, 112 S Ct. 2589 (1992)

"*In the interpretation of statutes levying taxes it is the established rule not to extend their provisions, by implication, beyond the clear import of the language used, or to enlarge their operations so as to embrace matters not specifically pointed out. In case of doubt they are construed most strongly against the government, and in favor of the citizen*. United States v. Wigglesworth, 2 Story, 369, Fed. Cas. No. 16,690; American Net & Twine Co. v. Worthington, 141 U.S. 468, 474 , 12 S. Sup. Ct. 55; Benziger v. United States, 192 U.S. 38, 55 , 24 S. Sup. Ct. 189." Also see Spreckels Sugar Refining Co. v. McClain, 192 U.S. 397, 417 (1904). Gould v. Gould , 245 U.S. 151 (1917)

"The "constitutionally mandated balance of power" between the States and the Federal Government was adopted by the Framers to ensure protection of "our fundamental liberties."' Atascadero State Hospital v. Scanlon, 473 U.S. 234, 242 (1985)

"The idea prevails with some -- indeed, it found expression in arguments at the bar -- that we have in this country substantially or practically two national governments; one, to be maintained under the Constitution, with all its restrictions; the other to be maintained by Congress outside and independently of that instrument, by exercising such powers as other nations of the earth are accustomed to exercise." Downes v. Bidwell, 182 U.S. 244 (1901)

"It would be absurd to hold that the territories, which are much less independent than the states, and are under the direct control and tutelage of the general government, possess a power in this particular which is thus expressly forbidden to the states." Downes ibid

"with respect to them [the territories] Congress has a power wholly unrestricted by it [Constitution]." Downes ibid

"*The laws of Congress in respect to those matters do not extend into the territorial limits of the states, but have force only in the District of Columbia, and other places that are within the exclusive jurisdiction of the national government*." Caha v. United States, 152 U.S. 211, 215, 14 S. Ct. 513 (1894)

"The States between each other are sovereign and independent. They are distinct and separate sovereignties, except so far as they have parted with some of the attributes of sovereignty by the Constitution. They continue to be nations, with all their rights, and under all their national obligations, and with all the rights of nations in every particular; except in the surrender by each to the common purposes and objects of the Union, under the Constitution. The rights of each State, when not so yielded up, remain absolute." Bank of Augusta v. Earle, 38 U.S. (13 Pet.) 519; 10 L.Ed. 274 (1839)

"*Special provision is made in the constitution, for the cession of jurisdiction from the states over places where the federal government shall establish forts, or other military works. And it is only in these places, or in the territories of the United States, where it can exercise a general jurisdiction*." Mayor, Aldermen and Inhabitanst of New Orleans v. U S, 35 U.S. 662 (1836)

"Income has been taken to mean the same thing as used in the Corporate excise Tax of 1909 (36 Stat. 112). The individual *worker* does not receive a profit or gain from his/her labors - merely an equal exchange of funds for services." Brushaber v Union Pacific R. Co., 240 US 1 (1916) (emphasis added)

"If there is any fixed star in our constitutional constellation, it is that no official, high or petty, can prescribe what shall be orthodox in politics, nationalism, religion, or other matters of opinion or force citizens to confess by word or act their faith therein." West Virginia Board of Education v. Barnette, 319 U.S. 624, (1943).

"in common usage, the term "person" does not include the Sovereign, <u>statutes employing the word person are ordinarily construed to exclude the Sovereign</u>." Wilson v. Omaha Tribe, 442 U.S. 653, 667 (1979) (quoting United States v. Cooper Corp., 312 U.S. 600, 604 (1941)). See also United States v. Mine Workers, 330 U.S. 258, 275 (1947).

"The United States Supreme Court cannot supply what Congress has studiously omitted in a statute." Federal Trade Com. V. Simplicity Pattern Co., 360 US 55, p. 55, 475042/56451 (1959)

"our starting point must be the language employed by Congress," Reiter v Sonotone Cortp, 442 US 330, 337, 60 L Ed 2d 931, 99 S Ct. 2326 (1979), and we asume that the legislative purpose is expressed by the ordinary meaning of the words used." Richards v United States, 369 US 1, 9, 7 L Ed 2d 492, 82 S Ct. 585 (1962)

"<u>The individual, unlike the corporation, cannot be taxed for the mere privilege of existing. The corporation is an artificial entity which owes its existence in charter powers to the State</u>, but the individual's right to live and own property are natural Rights for which an excise cannot be imposed." Redfield v Fisher, 135 OR. 180, 192, 292 P.813, at 819 (emphasis added)

"<u>A statute may be held unconstitutionally vague if a "person of common intelligence" is unable to determine what conduct is prohibited, or if the statute fails to "provide sufficient standards to prevent arbitrary and discriminatory enforcement</u>." See State v. Williams (2000), 88 Ohio St.3d 513, 532, 728 N.E.2d 342, 360-361, citing Chicago v. Morales (1999), 527 U.S. 41, 56-57, 119 S.Ct. 1849, 1859, and State ex rel. Rear Door Bookstore v. Tenth Dist. Court of Appeals (1992), 63 Ohio St.3d 354, 358, 588 N.E.2d 116, 120.

"People of a state are entitled to all rights which formerly belonged to the king by his prerogative." Lansing v. Smith, 21 D. 89.

"The terms "excise tax" and privilege tax" are synonymous. The two are often used interchangeably." American Airways v. Wallace 57 F.2d 877, 880

"Since the right to receive income or earnings is a right belonging to every person, this right cannot be taxed as privilege." Jack Cole Company v. Alfred T. MacFarland, Commissioner, 206 Tenn, 694, 337 S.W.2d 453 Supreme Court of Tennessee (1960)

"<u>An income tax is neither a property tax nor a tax on occupations of common right, but is an excise tax. The legislature may declare as 'privileged' and tax as such for state revenue, those pursuits not matters of common right, but it has no power to declare as a 'privilege' and tax for revenue purposes, occupations that are of common right</u>." Simms v. Ahrens, 271 SW 720 (1925)

"all that Congress would need to do, hereafter, in seeking to take over to its control any one of the great number of subjects of public interest, jurisdiction of which the states have never parted with, and which are reserved to them by the Tenth Amendment, would be to enact a detailed measure of complete regulation of the subject and enforce it by a so-called tax upon departures from it. To give such magic to the word 'tax' would be to break down all constitutional limitation of the powers of Congress and completely wipe out the sovereignty of the states" Bailey v. Drexel Furniture Co., 259 U.S. 20 (1922)

"Excises are taxes laid upon the manufacture, sale or consumption of commodities within the country, upon licenses to pursue certain (licensed) occupations and upon corporate privileges; the requirement to pay such taxes involves the exercise of privilege." Flint v. Stone Tracy Co. 220 U.S. 107 (1911)

"The power to tax real and personal property and the income from both, there being an apportionment, is conceded: that such a tax is a direct tax in the meaning of the Constitution has not been, and, in our judgement, cannot be successfully denied:…" Pollock v. Framers Load & Trust, 157 U.S. 429 and 158 U.S. 601 (1895)

"Ordinarily, all taxes paid primarily by persons who can shift the burden upon some one else, or who are under no legal compulsion to pay them, are considered indirect [excise] taxes;" Pollock v. Framers Load & Trust, 157 U.S. 429 and 158 U.S. 601 (1895)

"…taxation on income is in its nature an excise entitled to be enforced as such" Pollock v. Framers Load & Trust, 157 U.S. 429 and 158 U.S. 601 (1895)

"The income tax is, therefore, not a tax on income as such. It is an excise tax with respect to *certain activities and privileges* which is measured by reference to the income which they produce. The income is not the subject of the tax: it is the basis for determining the amonunt of tax." F. Morse Hubbard, Treasury Department legislation draftsman. House congressional Record March 27th 1943, page 2580.

"Thus, from every point of view we are brought irresistibly to the conclusion that neither under the Sixteenth Amendment nor otherwise has Congress power to tax without apportionment a true stock dividend made lawfully and in good faith, or the accumulated profits behind it, as income of the stockholder. The Revenue Act of 1916, in so far as it imposes a tax upon the stockholder because of such dividend, contravenes the provisions of article 1, 2, cl. 3, and article 1, 9, cl. 4, of the Constitution, and to this extent is invalid, notwithstanding the Sixteenth Amendment." Eisner v. Macomber, 252 U.S. 189

"the labor of a human being is not a commodity or an article of commerce" [§17 Anti-trust law]

"we are of the opinion that *there is a clear distinction in this particular between an individual and a corporation*, and that the latter has no Right to refuse to submit its books and papers for an examination at suit of the State. The individual may stand upon his constitutional [sic] {guaranteed} Rights as a citizen. He is entitled to carry on his private business in his own way. His power to contract is unlimited." "*He owes no such duty to the State, since he receives nothing therefrom, beyond the protection of his life and property.*" Hale v. Henkel, 201 U.S. 43, 74

"*Internal Revenue Service does not enjoy inherent authority to summon production of private papers of citizens*, but may only exercise that authority granted by Congress." U. S. v. LaSalle Nat. Bank, U.S.Ill.1978, 98 S.Ct. 2357, 437 U.S. 298, 57 L.Ed.2d 221, on remand.

"Internal Revenue Service summons may be attacked on grounds that it was not properly issued and served as required by law, that the underlying investigation is not for a proper purpose, or that the resultant enforcement would infringe upon individual's constitutional rights." U. S. v. Kahn, W.D.Mo.1973, 373 F.Supp. 145.

"Summons enforcement procedure provides a taxpayer an opportunity to challenge an Internal Revenue Service summons on any appropriate ground, including constitutional grounds." U. S. v. Harper, E.D.Pa.1975, 397 F.Supp. 983.

"Waivers of Constitutional rights not only must be voluntary, but must be knowing, intelligent acts done with sufficient awareness of the relevant circumstances and likely consequences." Brady v. U.S., 397 US 742 (1970)

"*Disclosures to Internal Revenue Service agent, revenue or special, must be entirely voluntary and must not be induced by coercion, fraud or misrepresentations*." Cohen v. U.S., C.A.8 (Mo.) 1968, 405 F.2d 34, certiorari denied 89 S.Ct. 1274, 394 U.S. 943, 22 L.Ed.2d 478.

"Under this section authorizing internal revenue agents to summon records pertaining to a taxpayer's liability, adequate protection against violation of taxpayer's constitutional rights is afforded by safeguarding his records against illegal search and seizure and by enforcement of law against self-incrimination." In re Magnus, Mabee & Reynard, Inc., C.A.2 (N.Y.) 1962, 311 F.2d 12, certiorari denied 83 S.Ct. 1289, 373 U.S. 902, 10 L.Ed.2d 198.

"If men, through fear, fraud, or mistake, should in terms renounce or give up any natural right, the eternal law of reason and the grand end of society would absolutely vacate such renunciation.

**The right to freedom being the gift of Almighty God, it is not in the power of man to alienate this gift and voluntarily become a slave." Samuel Adams**

"Fraud vitiates the most solemn contracts, documents and even judgments." U.S. v. Throckmorton, 98 U.S. 61.

"There is no question of the general doctrine that fraud vitiates the most solemn contracts, documents, and even judgments."--United States v. Throckmorton,, 98 U.S. 61, 64-65 (c. 1878); see, also Nudd v. Burrows, supra.

"Fraud destroys the validity of everything into which it enters."--Nudd v. Burrows, Assignee, 91 U.S. 426, 440 (c. 1875)

"[Fraud] vitiates everything"--Boyce's Exec. v. Grundy, 3 Peters (28 U.S.) 210, 220 (1830)

"An Appearance induced by Fraud (legal coercion, physical duress, or fictitious party) has no efficacy" (Stultz v. Stultz, 94A.2d 527, 24 N.J.Super, 354, 6 C.J.S. §18)

"The requirement of an offense committed "willfully" is not met, therefore, if a taxpayer has relied in good faith upon a prior decision of this court." United States v Bishop 412 US 346 (1973)

"FRCP 8(f): Construction of pleadings. All pleadings shall be so construed as to do substantial justice." Dioguardi vs. Durning, 2 CIR., 1944 139 F2d 774

21) Definitions as understood by Declarant.

Black's Law Dictionary, 5th Edition **Agreement.** In law, a concord of understanding and intention between two or more parties with respect to effect upon their relative rights and duties, of certain past or future facts or performance. The **consent** of two or more persons concurring respecting the transmission of some property, right, or benefits, with the view of contracting an obligation, a mutual obligation.

Black's Law Dictionary, 5th Edition **Consent.** A concurrence of wills. **Voluntarily** yielding the will to the proposition of another; acquiescence of compliance therewith. Agreement; the act or result of coming into harmony or accord....It supposes a physical power to act, a moral power of acting, and a serious, determined, and **free** use of these powers... *It is an act unclouded by fraud, duress, or sometimes even mistake*.

Black's Law Dictionary, 5th Edition **Voluntarily.** Done by design or intention, intentional, proposed, intended, or not accidental. Intentionally and without **coercion.** Young v. Young, 148 Kan. 876, 84 P.2d 916, 917.

Black's Law Dictionary, 5th Edition **Free.** Not subject to legal constraint of another. Unconstrained; having power to follow the dictates of his own will. Not subject to the dominion of another. Not compelled to **involuntary servitude.** Used in this sense as opposed to "slave". Not despotic; assuring liberty; defending individual rights against encroachment by any person or class; instituted by a free people; said of governments, institutions, etc. See also **Freedom.**

Black's Law Dictionary, 5th Edition **Duress.** Duress consists in any illegal imprisonment, or legal imprisonment used for an illegal purpose, or threats of bodily or other harm, or other means amounting to or tending to **coerce** the will of another, and actually inducing him to do an act contrary to his **free** will. Heider v. Unicume, 142 or. 410, 20 P.2d 384, 385. Duress may also include the same injuries, threats, or restraint exercised upon the man's wife, child, or parent...A condition where one is induced by wrongful act or threat or another to make contract under circumstances which deprive him of exercise of his free will. Hyde v. Lewis, 25 Ill.App.3d 495, 323 N.E.2d 533, 537. Includes any conduct which overpowers will and **coerces** or constrains performance of an act which otherwise would not have been performed. Williams v. Rentz Banking Co., 112 Ga.App. 384, 145 S.E.2d 256, 258.

Black's Law Dictionary, 5th Edition **Freedom**. The state of being **free**; liberty; self-determination; absence of restraint; the opposite of slavery.

Black's Law Dictionary, 5th Edition **Coerce**. Compelled to compliance; constrained to obedience, or submission in a vigorous or forcible manner. See coercion.

Black's Law Dictionary, 5th Edition **Coercion**. Compulsion; constraint; compelling by force or arms or threat. General Motors v. Blevins, D.C. Colo, 144 F.Supp. 381, 384. It may be actual, direct, or positive, as where physical force is used to compel act against one's will, or implied, legal or constructive, as where one party is constrained by subjugation to other to do what his **free** will would refuse.

Failure to respond in 10 days indicates there is no jurisdiction.

Mr. Neeley, I have acted in good faith and have tried repeatedly to get officials of the Internal Revenue Service among others to explain if this understanding is wrong. Not one has ever responded with any exception. This goes against the very principles of good conduct and more so against their specific responsibilities as noted at the beginning. When a man realizes his original understanding of something was wrong, what is he supposed to do? What would you do? How would you wish your family or yourself to be treated in such a situation? Luke 6:31 "Do to others as you would have them do to you.". I pray that we will all be forgiven.

Dated February 13, 2006

Respectfully.

_Larry B. Golson_

To the best of my knowledge and ability

All Rights Reserved Without Prejudice (UCC 1-207.4)