# 2039 Summons under Title 26 §7602(c)(1)

Form 2039 - Administrative Summons Obtaining Evidence from Abroad administratively



**Implementing Regulations**
| | |
|---|---|
| §7602 | 27 CFR Parts 170, 296 |
| §7601  7606 | 27 CFR Part 70 |
| §6420 | No Regulations |
| §6421 | No Regulations |
| §6427 | 26 CFR Part 48 |
| §4041 | 26 CFR Part 48 |
| §4081 | 26 CFR Part 48 |
| §4091 | No Regulations |
| §4101 | 26 CFR Part 48 |

**§7602(c)(1)** — Examination of Books and Records under Section §7604

**§7604** — Enforcement of summons under §6420 (e)(2), §6421(g)(2), and 6427(I)(2) or §7602

**§6420(e)(2)** — Gasoline used for nonhighway - Exam of books and witnesses under §7602

**§6421(g)(2)** — Gasoline used for nonhighway - Exam of books and witnesses under §7602

**§6427(j)(2)** — Gasoline used for nonhighway - Exam of books and witnesses under §7602

**§4091** — Imposition of tax on Aviation fuel

**§4081** — Imposition of tax on removal, entry or sale

**§4041** — Imposition of tax on Diesel fuel and special motor fules

**§4101** — Registration and bond required by secretary to register under §4041, §4081,

[Code of Federal Regulations]
[CFR Index and Finding Aids]
[Parallel Table Revised
as of January 1, 1998]

Exhibit B