**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

February 24, 2006

# NOTICE OF DEFICIENCY

To: Larry B. Golson
From:   Clerk's Office

Case Style: United States of America v. Golson

Case Number: 2:06-mc-03278-MHT

Referenced Pleadings:   Notice and MOTION to Quash  - Doc. No. 5

The above referenced pleading was filed on today in accordance with amended Federal Rules of Civil Procedure 5(a).

The referenced pleadings did not contain the certificate of service page. Please send a certificate of service page with an original signature stating that you served the opposing side the same as you have filed in our court.

The deficiency must be corrected within 10 days from the date of this notice.

Please submit to the Clerk's office by conventional means the original certificate of service page with your original signature.

**PLEASE DO NOT E-FILE THESE DOCUMENTS.**