IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
|    Petitioner, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:06mc3278-MHT |
| | ) | |
| LARRY B. GOLSON, | ) | |
| | ) | |
|    Respondent. | ) | |

ORDER

It is ORDERED that respondent Larry B. Golson's motion to quash (Doc. No. 5) is denied.

DONE, this the 24th day of February, 2006.

                                                   /s/ Myron H. Thompson
                                         UNITED STATES DISTRICT JUDGE