IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:06mc3278-MHT |
| | ) | |
| LARRY B. GOLSON | ) | |
| | ) | |
| Respondent. | ) | |

ORDER

By agreement of the parties made at the hearing held on February 27, 2006, it is ORDERED that the hearing is continued to April 12, 2006, at 10:00 a.m. in the Frank M. Johnson, Jr. Federal Courthouse complex, Courtroom 2E, One Church Street, Montgomery, Alabama, 36104.

DONE, this the 28th day of February, 2006.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE