| Sender: Complete this section | Complete this section upon Delivery: |
|---|---|
| 1. Complete item 2.<br>2. Print your name and address on the reverse so that we can return the card to you.<br>3. Attach this card to the back of the mailpiece, or on the front if space permits. | |
| 1. Article Number<br>7107 2085 9470 1101 0995 | A. Received by *(Printed name)*   B. Date of Delivery<br>Nancy Yarn                      3/6/06 |
| 2. Article Addressed to<br>R Ralph Neeley<br>One Court Square Ste 201<br>Montgomry, AL 36104 | C. Signature<br>Nancy Yarn         ☐ Agent  ☐ Addressee<br>D. Is delivery address different from item 2?<br>If YES, enter delivery address below  ☐ Yes  ☐ No |
| 3. Service Type<br>**CERTIFIED MAIL** | |
| 4. Restricted Delivery? *(Extra fee)* | |

PS Form **3811V**, March 2005 (PSN: 7530-07-000-0300)    Domestic Return Receipt

Exhibit 1