Larry B. Golson
c/o 7736 Deer Trail Rd
Montgomery, Alabama

March 1, 2006

Cert. Mail#: 7107 2085 9470 1101 0995

R Ralph Neeley
One Court Square
Suite 201
Montgomery, AL 36104

Re: Questions and Clarification

Hello Ralph:

Since I'm looking for and waiting on some information I wanted to follow up with some additional things I was unable to put in my Honest Inquiry One and want to make sure you are aware of. I also thought about your question a little more with regard to could so many people be wrong. In addition to the fact that nearly everyone in the world at one point believed the earth was flat, which we know is not true, look at the major religions. An excellent example today is Islam. It is claimed by muslims to be the largest religion in the world (whether or not you consider the various denominations of Christianity to be different religions) with, some say, almost 2 billion adherents. Now, whether I agree with them or not, that large number of people believe it, not because they've studied it (in fact most will admit they have never read the Koran) but because they were indoctrinated into it from birth. Because that many people believe it, does that make it true?

I've included a copy of the Summons in question. It specifically states on the bottom right hand side of the second page which is based on sec 7210 as required under sections 6420(e)(2), 6421(g)(2), 6427(j)(2), 7602, 7603 and 7604(b). I included in my Honest Inquiry One an Exhibit B which showed the information in visual along with implementing regulations (slightly dated but no impactful changes). It is clear we are not dealing with any nonhighway gasoline and the Secretary of Transportation (who is the Secretary in the IRC by way of transfer of functions in Sec 7701) isn't involved. In fact, the Internal Revenue Manual clearly states that the IRS is only authorized to procced under section 7602.

> **5.17.6.2 (09-20-2000)**
> **Statutory Authority**
> IRC 7601 authorizes the Service to inquire about any person who may be liable to pay any internal revenue tax. IRC **7602 authorizes the Service to summon a witness** to testify or to produce books, papers, records, or other data that may be relevant or material to an investigation. United States v. Powell, 379 U.S. 48 (1964). IRC 7602 also identifies the purposes for which the Service may issue summonses.

It is also clear based on the way the code is written which I explained in my Honest Inquiry One number 16 and based on the Parallel Table of Authorities (attached) that this is being executed under Title 27 which is the Bureau of Alcohol, Tobacco, and Firearms. My wife and I are not now nor have we ever been involved in any such activities or in the use of any gasoline specified. Further, as also shown in number 15, to be used for anything other than Subtitle E would require the Secretary (of Transportation) to take such action which makes perfect sense given the other liabilities. Of course given the definition of States as I also pointed out in my Honest Inquiry One number 13 fully explains why there are two different courts cited because they would have to be. One for internal matters (Subtitle E) and a second for matters dealing with the 50 State Republics (the gasoline matters).

---

This letter and all attached documents have been made part of the Public Record and will be used for evidence in administrative and judicial proceedings at law or equity. All of these documents must be RECORDED and maintained in Claimant's Administrative PAPER, not electronic File.

Exhibit 2

Looking further at the second page of the summons clearly shows who the summons is for. If you look at Sec 7603 on the same page you will find that this is a "Third" party summons. The third page which is Part B has a title which is **Notice to <u>Third</u> Party Recipient of IRS Summons** and in the lower right corner of the page where it states **Part B** – to be given to person summoned. We can not be both a "first" and a "third" party in this matter. It is actually a summons for business records. We are *not* a third party, we are also *not* a business either, just two private human beings alive by the grace of the Creator of the Universe. Further, the party summoned is a "record keeper" Again, as with so many words used in the IRC this "term" is defined. This is clearly spelled out in Sec 7603 and is as seen in the summons with specificity in (2). My wife and I aren't any "person" specified by any definition of that term. If you look on the 4th page under (i) Duty of summoned party. – you see it again says in (1) "Recordkeeper" must... Further it says in (3) Protection for summoned party who discloses. – "in reliance on the certificate of the Secretary or an order of a court...shall not be liable to any *customer*...". In fact, according to the summons, the "third" party may receive payment for cost incurred for producing such records.

This clearly explains why we don't have some of, and are not required to keep, such records. Of course Sec 7621 and 7651 pointed out in number 12 and 13 of my Honest Inquiry One verify the very limited nature of the enforcement. Those that know, as shown in number 20 of that same document, fully understand this and state it publicly.

Additionally the Department of Justice, United States Attorneys' Manual, Summons Enforcement states the same as above since that's the statutory authority on which it is based:

FN9. As defined in Section 7609(a)(3), the term "third-party recordkeepers" means-
any mutual savings bank, cooperative bank, domestic building and loan association, or other savings institution chartered and supervised as a savings and loan or similar association under Federal or State law, any bank (as defined in section 581), or any credit union (within the meaning of section 501(c)(14)(A));
any consumer reporting agency (as defined under section 603(d) of the Fair Credit Reporting Act (15 U.S.C. 1681a(f)));
any person extending credit through the use of credit cards or similar devices;
any broker (as defined in section 3(a)(4) of the Securities Exchange Act of 1934 (15 U.S.C. 78c(a)(4)));
any attorney;
any accountant;
any barter exchange (as defined in section 6045(c)(3)); and
any regulated investment company (as defined in section 851) and any agent of such regulated investment company when acting as an agent thereof.

> "In the interpretation of statutes levying taxes it is the established rule not to extend their provisions, by implication, beyond the clear import of the language used, or to enlarge their operations so as to embrace matters not specifically pointed out. In case of doubt they are construed most strongly against the government, and in favor of the citizen. United States v. Wigglesworth, 2 Story, 369, Fed. Cas. No. 16,690; American Net & Twine Co. v. Worthington, 141 U.S. 468, 474 , 12 S. Sup. Ct. 55; Benziger v. United States, 192 U.S. 38, 55 , 24 S. Sup. Ct. 189." Also see Spreckels Sugar Refining Co. v. McClain, 192 U.S. 397, 417 (1904). Gould v. Gould , 245 U.S. 151 (1917)

We are not any of those things as defined and do not hold any of those positions, and further notice it explicity does <u>NOT</u> say "Employer". The reason for that will become clear when looking at Sec 6020 later. Attached is part of the Internal Revenue Investigation hearings for the Committee on Ways and Means of the House of Representatives. On page 13 (third page of the attachment) you will find Mr. Avis statement. He was under oath and should know the law better than anyone since he was in charge of enforcing it. You will note he said "Your income tax is 100 percent voluntary tax, and your liquor tax is 100 percent enforced tax." Every one of these most knowledgeable people are in agreement with each other, with the Constitution, the law, the Supreme Court rulings, the regulations, the Internal Revenue Manual, and even with me. All of that can not be wrong.

"Internal Revenue Service does not enjoy inherent authority to summon production of private papers of citizens, but may only exercise that authority granted by Congress." U. S. v. LaSalle Nat. Bank, U.S.Ill.1978, 98 S.Ct. 2357, 437 U.S. 298, 57 L.Ed.2d 221, on remand.

"Waivers of Constitutional rights not only must be voluntary, but must be knowing, intelligent acts done with sufficient awareness of the relevant circumstances and likely consequences." Brady v. U.S., 397 US 742 (1970)

"Disclosures to Internal Revenue Service agent, revenue or special, must be entirely voluntary and must not be induced by coercion, fraud or misrepresentations." Cohen v. U.S., C.A.8 (Mo.) 1968, 405 F.2d 34, certiorari denied 89 S.Ct. 1274, 394 U.S. 943, 22 L.Ed.2d 478.

"Under this section authorizing internal revenue agents to summon records pertaining to a taxpayer's liability, adequate protection against violation of taxpayer's constitutional rights is afforded by safeguarding his records against illegal search and seizure and by enforcement of law against self-incrimination." In re Magnus, Mabee & Reynard, Inc., C.A.2 (N.Y.) 1962, 311 F.2d 12, certiorari denied 83 S.Ct. 1289, 373 U.S. 902, 10 L.Ed.2d 198.

"Our system of taxation is based upon voluntary assessment and payment, not upon distraint." Flora v. US, 362 US 145 (1959).

Since I mentioned the Internal Revenue Manual I've also enclosed some relevant pages from it. If you look at **5.18.1.2 What is ASFR** you will see the Substitute for Return is only used for those "who have not filed" which is *NO* true in our case. Further, you will see that the only ones referenced are "Nonfilers" or "Federal Employees/Retirees" in the case of the Wage and Investment (W&I) and "Nonfilers" or "Federal Employees" in the case of the Small Business and Self-Employed (SB/SE). Note the difference as those involved in a "trade or business" are considered "Employees" but never "Retirees" as they are actually just contractors. Regardless, there is *NO* section allowing for *individual* liability determinations. There is, however, in Part **5.18.2 Business Returns** such an ability, but again, it is limited to particular "non-filing" businesses. It is the only place where any authority is given. This is tied directly back to Sec 6020 (b). Here is Sec 6020:

Sec 6020. – Returns prepared for or executed by Secretary
(a) Preparation of return by Secretary
    If any *person shall fail to make a return required by this title* or by regulations prescribed thereunder, *but shall consent to disclose all information necessary for the preparation thereof, then*, and in that case, *the Secretary may prepare such return, which, being signed by such person, may be received by the Secretary as the return of such person*. (emphasis added)
(b) Execution of return by Secretary
    (1) Authority of Secretary to execute return
        If any *person* fails to make any return required by any internal revenue law or regulation made thereunder at the time prescribed therefore, or makes, willfully or otherwise, a false or fraudulent return, the *Secretary shall make such return from his own knowledge and from such information as he can obtain through testimony or otherwise* (emphasis added)

There is no reference to (a) because the statute only allows the Secretary to make the return for a *person* (which would be as seen in my Honest Inquiry One number 17) with *consent if a return is not made* and in the second scenario (b) only provides that the Secretary make a return based *upon his own (institutional) knowledge AND* from such information as he can obtain, NOT *upon his own knowledge OR* from such information as he can obtain. This is very clear. The Secretary can only have institutional knowledge of those in the employment of the government, whether actual "employees" or those contracting directly with the same as in a "trade or business" as seen in number 16 of my Honest Inquiry One. That is why the term "Employer" is not used in the summons. A return is not a transcription of hearsay allegations. It is an affidavit reflecting the signer's own testimony.

The private sector is not even required to enter into any withholding agreements. They are for Federal Employees. The Internal Revenue Manual clearly states in **5.14.10.2 Payroll Deduction Agreements**

2. Private employers, states, and political subdivisions are *not* required to enter into payroll deduction agreements.

The entirety of title 26 is written in such a way as to make sure it stays wihin the intent as laid out in President Taft's speech before the Senate (Exhibit D in my Honest Inquiry One) and to stay within it's Constitutional limits as in the wording of the 16th Amendment itself. It is very careful to stay within those limitations and goes to enormous lengths (and contortions) to do so. That is why there are so many *terms* defined. Otherwise it would violate the Constitution and be declared null and void on it's face.

The Internal Revenue Service either acts out of ignorance or is committing constructive fraud by intimidating private companies into entering into such agreements. I suspect it is a combination of both as I'm sure many don't know their own manual much less the law and others, that do, remain silent or even promote such activity.

I could go on endlessly but if you do not see the truth at this point I don't believe it would matter. I will however, point out a few more things. I would encourage you to read the Declaration of Independence. It is an incredible document. Further, since you took an oath to uphold the Constitution and laws consider these:

**Article. I.**
**Section. 1.**
Representatives and direct Taxes shall be apportioned among the *several* States which *may* be included within this Union

**Article. IV.**
**Section. 4.**

The United States shall guarantee to *every State in* this *Union* a *Republican* Form of Government, and shall protect each of them against Invasion; and on Application of the Legislature, or of the Executive (when the Legislature cannot be convened), against domestic Violence.

American Somoa "unincorporated and unorganized territory of the US; administered by the Office of Insular Affairs, US Department of the Interior" http://www.cia.gov/cia/publications/factbook/geos/aq.html

Guam "organized, unincorporated territory of the US with policy relations between Guam and the US under the jurisdiction of the Office of Insular Affairs, US Department of the Interior" http://www.cia.gov/cia/publications/factbook/geos/gq.html

Northern Mariana Islands "commonwealth in political union with the US; federal funds to the Commonwealth administered by the US Department of the Interior, Office of Insular Affairs" http://www.cia.gov/cia/publications/factbook/geos/cq.html

Puerto Rico "commonwealth associated with the US" http://www.cia.gov/cia/publications/factbook/geos/rq.html

Virgin Islands "organized, unincorporated territory of the US with policy relations between the Virgin Islands and the US under the jurisdiction of the Office of Insular Affairs, US Department of the Interior" http://www.cia.gov/cia/publications/factbook/geos/vq.html

It is noted that the Office of Insular Affairs knows who the "several" states are http://www.doi.gov/oia/Islandpages/political_types.htm

> "One of the unique features of our *democracy* is the generation of tax revenues through a system of individual self-assessment." Mark W. Everson, IRS Commissioner 2003 1040 Instructions

"The "constitutionally mandated balance of power" between the States and the Federal Government was adopted by the Framers to ensure protection of "our fundamental liberties."' Atascadero State Hospital v. Scanlon, 473 U.S. 234, 242 (1985)

"The laws of Congress in respect to those matters do not extend into the territorial limits of the states, but have force only in the District of Columbia, and other places that are within the exclusive jurisdiction of the national government." Caha v. United States, 152 U.S. 211, 215, 14 S. Ct. 513 (1894)

"Special provision is made in the constitution, for the cession of jurisdiction from the states over places where the federal government shall establish forts, or other military works. And it is only in these places, or in the territories of the United States, where it can exercise a general jurisdiction." Mayor, Aldermen and Inhabitanst of New Orleans v. U S, 35 U.S. 662 (1836)

Article. IV.
Section. 2.
The Citizens of **each** State shall be entitled to **all Privileges and Immunities** of Citizens in the **several** States.

Sec. 933. Income from sources within Puerto Rico
The following items shall not be included in gross income and shall be exempt from taxation under this subtitle:

(1) Resident of Puerto Rico for entire taxable year

> In the case of an individual who is a bona fide resident of Puerto Rico during the entire taxable year, income derived from sources within Puerto Rico (except amounts received for services performed as an employee of the United States or any agency thereof);

26 CFR § 1.312-6(b)) states: "all income exempted by statute, *income not taxable by the Federal Government under the Constitution*, as well as all items includible in gross income under section 61 or corresponding provisions of prior revenue acts".

Title 15 Sec 17 The labor of a human being is not a commodity or article of commerce.

Title 12 Sec Sec. 531. Exemption from taxation
Federal reserve banks, including the capital stock and surplus therein and the income derived therefrom, shall be exempt from Federal, State, and local taxation, except taxes upon real estate.

> "It would be absurd to hold that the territories, which are much less independent than the states, and are under the direct control and tutelage of the general government, possess a power in this particular which is thus expressly forbidden to the states." Downes v. Bidwell, 182 U.S. 244 (1901)

> "in common usage, the term "person" does not include the Sovereign, statutes employing the word person are ordinarily construed to exclude the Sovereign." Wilson v. Omaha Tribe, 442 U.S. 653, 667 (1979) (quoting United States v. Cooper Corp., 312 U.S. 600, 604 (1941)). See also United States v. Mine Workers, 330 U.S. 258, 275 (1947).

> "The income tax is, therefore, not a tax on income as such. It is an excise tax with respect to certain activities and privileges which is measured by reference to the income which they produce. The income is not the subject of the tax: it is the basis for determining the amounut of tax." F. Morse Hubbard, Treasury Department legislation draftsman. House congressional Record March 27th 1943, page 2580.

> "The individual, unlike the corporation, cannot be taxed for the mere privilege of existing. The corporation is an artificial entity which owes its existence in charter powers to the State, but the individual's right to live and own property are natural Rights for which an excise cannot be imposed." Redfield v Fisher, 135 OR. 180, 192, 292 P.813, at 819

> "An income tax is neither a property tax nor a tax on occupations of common right, but is an excise tax. The legislature may declare as 'privileged' and tax as such for state revenue, those pursuits not matters of common right, but it has no power to declare as a 'privilege' and tax for revenue purposes, occupations that are of common right." Simms v. Ahrens, 271 SW 720 (1925)

> "Income has been taken to mean the same thing as used in the Corporate excise Tax of 1909 (36 Stat. 112). The individual worker does not receive a profit or gain from his/her labors - merely an equal exchange of funds for services." Brushaber v Union Pacific R. Co., 240 US 1 (1916)

> "Excises are taxes laid upon the manufacture, sale or consumption of commodities within the country, upon licenses to pursue certain (licensed) occupations and upon corporate privileges; the requirement to pay such taxes involves the exercise of privilege." Flint v. Stone Tracy Co. 220 U.S. 107 (1911)

All must be given equal protection under the law.

Article. IV.
Section. 1.
Full Faith and Credit shall be given in each State to the public Acts, Records, and judicial Proceedings of every other State. And the Congress may by general Laws prescribe the Manner in which such Acts, Records and Proceedings shall be proved, and the Effect thereof.

> "Since the right to receive income or earnings is a right belonging to every person, this right cannot be taxed as privilege." Jack Cole Company v. Alfred T. MacFarland, Commissioner, 206 Tenn, 694, 337 S.W.2d 453 Supreme Court of Tennessee (1960)

> "An income tax is neither a property tax nor a tax on occupations of common right, but is an excise tax. The legislature may declare as 'privileged' and tax as such for state revenue, those pursuits not matters of common right, but it has no power to declare as a 'privilege' and tax for revenue purposes, occupations that are of common right." Simms v. Ahrens, 271 SW 720 (1925)

Article. VI.

This Constitution, and the Laws of the United States which shall be made in Pursuance thereof; and all Treaties made, or which shall be made, under the Authority of the United States, shall be the supreme Law of the Land; and the Judges in every State shall be bound thereby, any Thing in the Constitution or Laws of any State to the Contrary notwithstanding.

The Senators and Representatives before mentioned, and the Members of the several State Legislatures, and all executive and judicial Officers, both of the United States and of the several States, shall be bound by Oath or Affirmation, to support this Constitution; but no religious Test shall ever be required as a Qualification to any Office or public Trust under the United States.

Amendment IV
*The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated*, and no Warrants shall issue, but upon probable cause, supported by Oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized.

**Amendment V**
No person shall be held to answer for a capital, or otherwise infamous crime, unless on a presentment or indictment of a Grand Jury, except in cases arising in the land or naval forces, or in the Militia, when in actual service in time of War or public danger; nor shall any person be subject for the same offence to be twice put in jeopardy of life or limb; nor shall be compelled in any criminal case to be a witness against himself, nor be deprived of life, liberty, or property, without due process of law; <u>*nor shall private property be taken for public use, without just compensation*</u>.

**Amendment IX**
The enumeration in the Constitution, of certain rights, shall not be construed to deny or disparage others retained by the people.

**Amendment X**
The powers not delegated to the United States by the Constitution, nor prohibited by it to the States, are reserved to the States respectively, or to the people.

> "...**constitutional deprivations may not be justified by some remote administrative benefit to the State.**" Harman v. Forseenius. 380 U.S. 528, 540 (1965) Pp. 542-544

> "**Public officers are merely the agents of the public, whose powers and authority are defined and limited by law. Any act without the scope of the authority so defined does not bind the principal, and all persons dealing with such agents are charged with knowledge of the extent of their authority.**" Continental Casualty C0. v. United States. 113 F2d 284 (5'h Cir. 1940)

> "**we are of the opinion that there is a clear distinction in this particular between an individual and a corporation, and that the latter has no Right to refuse to submit its books and papers for an examination at suit of the State. The individual may stand upon his constitutional [sic] {guaranteed} Rights as a citizen. He is entitled to carry on his private business in his own way.**" "**He owes no such duty to the State, since he receives nothing therefrom, beyond the protection of his life and property.**" In Hale v. Henkel , 201 U.S. 43, 74

> "**In the interpretation of statutes levying taxes it is the established rule not to extend their provisions, by implication, beyond the clear import of the language used, or to enlarge their operations so as to embrace matters not specifically pointed out. In case of doubt they are construed most strongly against the government, and in favor of the citizen. United States v. Wigglesworth, 2 Story, 369, Fed. Cas. No. 16,690; American Net & Twine Co. v. Worthington, 141 U.S. 468, 474 , 12 S. Sup. Ct. 55; Benziger v. United States, 192 U.S. 38, 55 , 24 S. Sup. Ct. 189.**" Also see Spreckels Sugar Refining Co. v. McClain, 192 U.S. 397, 417 (1904). Gould v. Gould , 245 U.S. 151 (1917)

I'm providing a copy of my Honest Inquiry One (enclosed) as was delivered to you on the 15th and the court on the 16th. I pray you will read it and take the time to respond (or force the IRS to respond as the case may be). As I have stated before, even though it is the IRS's mission to provide top quality "service" by helping people "understand", they never do. They always fall silent. From the Commissioner on down. In fact, the Secretary of the Treasury (not the Secretary of Transportation) has done likewise to my request. I guarantee you would not get silence from the EPA or other such organizations. It would seem you would want to be sure they don't exceed their authority as they are using you as an accessory.

> "**Personal-capacity suits, on the other hand, seek to impose individual liability upon a government officer for actions taken under color of state law. Thus, '[o]n the merits, to establish personal liability in a 1983 action, it is enough to show that the official, acting under color of state law, caused the deprivation of a federal right.' Id., at 166.**" HAFER v. MELO, 502 U.S. 21 (1991).

"Personal involvement in deprivation of constitutional rights is prerequisite to award of damages, but defendant may be personally involved in constitutional deprivation by direct participation, failure to remedy wrongs after learning about it, creation of a policy or custom under which unconstitutional practices occur or gross negligence in managing subordinates who cause violation." (Gallegos v. Haggerty, N.D. of New York, 689 F. Supp. 93 (1988).

"The law creates a presumption, where the burden is on a party to prove a material fact peculiarly within his knowledge and he fails without excuse to testify, that his testimony, if introduced, would be adverse to his interests." citing Meier v CIR, 199 F 2d 392, 396 (8th Cir. 1952) (quoting 20 Am Jur, Evidence Sec 190, page 193.

18 USC Sec. 242 and 42 USC Sec. 1983 provides that: Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, ... shall be fined under this title or imprisoned not more than one year, or both; 42 USC Sec. 1983 further provides that a violator shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress.

42 USC Sec. 408 provides that: Whoever ... (8) discloses, uses, or compels the disclosure of the social security number of any person in violation of the laws of the United States; shall be guilty of a felony and upon conviction thereof shall be fined under title 18 or imprisoned for not more than five years, or both.

"IRC 7214 (a) unlawful acts of revenue officers or agents. Any officer or employee of the United States acting in connection with any revenue law of the United States –
(1)   who is guilty of any extortion or willful oppression under color of law, or
(2)   who knowingly demands other or greater sums than are authorized by law, or receives any fee, compensation, or reward, except as by law prescribed, for the performance of any duty; or
(7)   who makes or signs any fraudulent entry in any book, or makes or signs any fraudulent certificate, return or statement;
shall be dismissed from office or discharged from employment..."

I do not have the knowledge of how the court system works but I know this action is wrong. There is no legitimate purpose given the very specific nature of, and persons identified in, the summons and the lack of authority to do anything with that information even if obtained. I know this action is not supported by law which means it is being done under color of law as I understand it.

I'm just an honest man of common intelligence trying to do the best he can and if the laws that seem very clear don't matter I don't understand why we have them. I know other Americans (especially our military members of which many of my relatives and friends are counted among them who have fought and are fighting to keep this nation free) would not understand either.

Respectfully,

Larry B. Golson
To the best of my knowledge and ability

All Rights Reserved Without Prejudice

This letter and all attached documents have been made part of the Public Record and will be used for evidence in administrative and judicial proceedings at law or equity. All of these documents must be RECORDED and maintained in Claimant's Administrative PAPER, not electronic File.