Larry B. Golson
c/o 7736 Deer Trail Rd
Montgomery, AL 36117

May 31, 2005

Cert. Mail#: 7003 2260 0000 9048 7262

Heidi Beukema
Internal Revenue Agent
Internal Revenue Service
678 Front NW
Suite 200
Grand Rapids, MI 49504-5335

Re: Letter 2205-A(DO)

Ms. Beukema:

Per my phone call of May 26, 2005 I am in receipt of a document dated 5-20-2005 that I can not ascertain the validity of. It does not contain any printing to indicate it's source or authority. It bears no Office of Management and Budget (OMB) code nor does it include any notice required by the Privacy Act of 1974 and the Paperwork Reduction Act of 1980. It further does not bear a signature under penalties of perjury as required by Title 26 U.S.C. §6065. Therefore, the integrity of the document cannot be verified and appears to be fraudulent. I respectfully request identification of origin and authority under the laws of the United States.

Please provide proof that the "Internal Revenue Service" as printed on this letter is an agency within the United States Department of the Treasury. If it is, please provide an explanation as to why this document does not display "United States" or the seal of the United States. If it is, please provide the Act that created it. If you can not, it will be deemed an admission that it is merely an entity that has no jurisdiction or authority when dealing with a natural born citizen of one of the fifty states. It will also be an admission that each piece of correspondence received through the U.S. Postal Service that includes "Internal Revenue Service Department of the Treasury" represents one count of mail fraud.

If you can provide proof of origin, authority and jurisdiction, I request that a copy of the actual United States Code sections and existing delegation orders that were relied upon and under whose authority this work was performed and this letter was issued be forwarded to me. There is no indication in this letter of this jurisdiction or authority. Proof of authority and jurisdiction are required. Please provide proof that this person is an officer, agent or employee of the United States.

In the Supreme Court decision FEDERAL CROP INSURANCE CORP. v. A.A. MERRILL, 332 U.S. 380. the Court held that:
"Anyone entering into an arrangement with the government takes the risk
of having accurately ascertained that he who purports to act for the government
stays within the bounds of his authority, even though the agent himself may be
unaware of the limitations upon his authority"

The Supreme Court in this decision further warns the public that those who pay attention to what federal employees say "takes the risk" that such employees may not be acting "within the bounds of (their) authority" and that such employees may even be "unaware of the limitations of (their) authority."

"The law requires proof of jurisdiction to appear on the record of the administrative agency and all administrative proceedings." [Hagans vs Lavine, 415 US 533]

The Privacy Act of 1974 and Paperwork Reduction Act of 1980 say that when a government organization ask for information it must tell the legal right it has to ask for the information, why it is asking for it, and how it will be used. It must also tell what could happen if it does not receive it and whether a response is voluntary, required to obtain a benefit, or mandatory under the law. I see no such notification in this letter. Failure to provide such information is deemed an admission that no response is needed and such documents are not legally binding, carry no force of law and are considered harassment.

---

Page 1 of 2
The contents of this correspondence are copyrighted and may not be shared with third parties or entered into any kind of electronic information system. The fee for violating the copyright is $100,000. This letter and all attached documents have been made part of the Public Record and will be used for evidence in administrative and judicial proceedings at law or equity. All of these documents must be RECORDED and maintained in Claimant's Administrative PAPER, not electronic File.

Exhibit 3

Additionally, IR Code Sections 6001 and 6011 (as identified in the 1040 Privacy Act) notify me that I need only "comply with regulations." Nothing in the Privacy Act Notice informs me that I must "comply" with letters. Please provide any background file documents relating to this determination and any Treasury regulations that impose a legal obligation. Failure to provide such information is deemed an admission that no response is needed and such documents are not legally binding, carry no force of law and are considered harassment.

Please furnish copies of all laws or regulations pertaining to this contact. What is the name and address of the Ethical Grievance Committee or Board to which I might report any misconduct on your part? How long have you been employed with this group, how long in this position? What was your previous employment? What is the name, job title and authority of the person that instructed you to attempt this action?

Please provide the law which requires a natural born citizen of one of the fifty states to respond to any document or correspondence that does not display an OMB code. If this can not be provided it will be deemed an admission that no response is needed and such documents are not legally binding, carry no force of law and are considered harassment.

Please provide the law which requires a natural born citizen of one of the fifty states to respond to any document or correspondence that is not signed under penalty of perjury as required by Title 26 U.S.C. §6065. If this can not be provided it will be deemed an admission that no response is needed and such documents are not legally binding, carry no force of law and are considered harassment.

Please provide the law which requires a natural born citizen of one of the fifty states to respond to any document or correspondence that does not display the notice required by the Privacy Act of 1974 and the Paperwork Reduction Act of 1980. If this can not be provided it will be deemed an admission that no response is needed and such documents are not legally binding, carry no force of law and are considered harassment.

Please provide the law which requires a natural born citizen of one of the fifty states to respond to any document or correspondence that does not provide proof of jurisdiction after it is requested. If this can not be provided it will be deemed an admission that no response is needed and such documents are not legally binding, carry no force of law and are considered harassment.

Please provide the law which requires a natural born citizen of one of the fifty states to respond to any document or correspondence that does not provide delegation orders after they are requested. If this can not be provided it will be deemed an admission that no response is needed and such documents are not legally binding, carry no force of law and are considered harassment.

Please provide the law which requires a natural born citizen of one of the fifty states to comply with anything other than U.S. Department of the Treasury Regulations as specified in IR Code Sections 6001 and 6011 (as identified in the 1040 Privacy Act). If this can not be provided it will be deemed an admission that no response is needed and such documents are not legally binding, carry no force of law and are considered harassment.

I request and demand any and all due process to which I am entitled or which is in any way appropriate and/or available to me under any provision or practice of common, statutory, and/or administrative law or protocol-- including, but not limited to, that to which is incorporated by reference into this request and demand all relevant information included on or in that notice. Be advised that it is my intention to document/record any and all proceedings for which such an option is lawfully available to me. I declare that I make no admissions as to my status, the legitimacy of your implicit or explicit assertions, or the fitness of any particular legal or administrative protocol by responding to your notice or by requesting and demanding the due process referenced above.

Failure to reply in writing within 20 days constitutes official acceptance of the terms and conditions of this letter and is deemed an admission of the facts as alleged and consent to the relief sought in this notice.

Your cooperation in this matter is appreciated.

I certify under penalty of perjury under the laws of the united states of America that the foregoing facts are true, correct, and complete to the best of my knowledge and ability.

Sincerely,

_____
Larry B. Golson
Sovereign Citizen

The contents of this correspondence are copyrighted and may not be shared with third parties or entered into any kind of electronic information system. The fee for violating the copyright is $100,000. This letter and all attached documents have been made part of the Public Record and will be used for evidence in administrative and judicial proceedings at law or equity. All of these documents must be RECORDED and maintained in Claimant's Administrative PAPER, not electronic File.