Larry B. Golson
c/o 7736 Deer Trail Rd
Montgomery, AL 36117

June 20, 2005

Cert. Mail#: 7003 2260 0000 9048 7293

Heidi Beukema
Internal Revenue Agent
Internal Revenue Service
678 Front NW
Suite 200
Grand Rapids, MI 49504-5335

Ms. Beukema:

As of this date I have received no response from you per the demands of my letter (incorporated by reference) dated May 31, 2005 certified mail 7003 2260 0000 9048 7262 delivered June 6, 2005. Failure to respond by this date means you officially accepted the terms and conditions of that letter and further that you admit the facts as alleged and consent to the relief sought.

As noted by the courts you are committing fraud by leaving questions unanswered and having no rebuttals:

"Silence can only be equated with fraud where there is a legal or moral duty to speak, or where an inquiry left unanswered would be intentionally misleading... We cannot condone this shocking behavior by the IRS. Our revenue system is based on the good faith of the taxpayer and the taxpayers should be able to expect the same from the government in its enforcement and collection activities." U.S. v. Tweel, 550 F.2d 297, 299. See also U.S. v. Prudden, 424 F.2d 1021, 1032; Carmine v. Bowen, 64 A. 932.

Fraud: Deceit, deception, artifice, or trickery operating prejudicially on the rights of another, and so intended, by inducing him to part with property or surrender some legal right. 23 Am J2d Fraud § 2. Anything calculated to deceive another to his prejudice and accomplishing the purpose, whether it be an act, a word, silence, the suppression of the truth, or other device contrary to the plain rules of common honesty. 23 Am J2d Fraud § 2. An affirmation of a fact rather than a promise or statement of intent to do something in the future. Miller v Sutliff, 241 Ill 521, 89 NE 651.

Therefore it is incumbent on you to abide by those terms and conditions. Since you have not seen fit to respond to my inquiry I will be in contact with your manager/supervisor as well as others in your direct reporting chain

I have a burden placed on me by the United States Supreme Court to check the authority of any agent that I have dealings with. That same burden is also placed on you by the US Supreme Court. Further, we are charged with knowing the government statutes and regulations pertaining to our dealings with the IRS agents. I am not willing to take a risk of not checking the authority of the IRS agent.

In Federal Crop Insurance v. Merrill, 332 U.S. 380, the Supreme Court ruled: "Whatever the form in which the government functions, anyone entering into an arrangement with the government takes a risk of having accurately ascertained that he who purports to act for the government stays within the bounds of his authority, even though the agent himself may be unaware of the limitations upon his authority." Also see Utah Power & Light Co. v. United States, 243 U.S. 389; United States v. Stewart, 311 U.S. 60 *; and generally, in re Floyd Acceptances, 7 Wall. 666.

Continental Casualty Co. v. United States, 113 F.2d 284 (5th Cir. 1940):

"Public officers are merely the agents of the public, whose powers and authority are defined and limited by law. Any act without the scope of the authority so defined does not bind the principal, and all persons dealing with such agents are charged with knowledge of the extent of their authority." 113 F.2d, at 286.

Lavin v. Marsh, 644 F.2d 1378 (9th Cir. 1981): "Persons dealing with the government are charged with knowing government statutes and regulations, and they assume the risk that government agents may exceed their authority and provide misinformation." 644 F.2d, at 1383.

---

Page 1 of 2

The contents of this correspondence are copyrighted and may not be shared with third parties or entered into any kind of electronic information system. The fee for violating the copyright is $100,000. This letter and all attached documents have been made part of the Public Record and will be used for evidence in administrative and judicial proceedings at law or equity. All of these documents must be RECORDED and maintained in Claimant's Administrative PAPER, not electronic File.

Exhibit 4

The law requires that you take prompt action to remedy a wrong done under "color of law". Your failure to rebut these allegations and statements of law, or failure to take action to remedy this Constitutional deprivation, may subject you to personal criminal and civil charges. See 18 USC sections 3 and 4, as listed in exhibit "G. Your failure to respond to this letter will be used as probable cause, along with the other letter that I have previously sent you, and also the harassment letters that you have been issuing.

"Personal-capacity suits, on the other hand, seek to impose individual liability upon a government officer for actions taken under color of state law. Thus, '[o]n the merits, to establish personal liability in a 1983 action, it is enough to show that the official, acting under color of state law, caused the deprivation of a federal right.' Id., at 166." HAFER v. MELO, 502 U.S. 21 (1991).

"Personal involvement in deprivation of constitutional rights is prerequisite to award of damages, but defendant may be personally involved in constitutional deprivation by direct participation, failure to remedy wrongs after learning about it, creation of a policy or custom under which unconstitutional practices occur or gross negligence in managing subordinates who cause violation." (Gallegos v. Haggerty, N.D. of New York, 689 F. Supp. 93 (1988).

"The law creates a presumption, where the burden is on a party to prove a material fact peculiarly within his knowledge and he fails without excuse to testify, that his testimony, if introduced, would be adverse to his interests." citing Meier v CIR. 199 F 2d 392, 396 (8th Cir. 1952) (quoting 20 Am Jur. Evidence Sec 190, page 193.

"The law creates a presumption, where the burden is on a party to prove a material fact peculiarly within his knowledge and he fails without excuse to testify, that his testimony, if introduced, would be adverse to his interests." citing Meier v CIR. 199 F 2d 392, 396 (8th Cir. 1952) (quoting 20 Am Jur. Evidence Sec 190, page 193.

I do not agree, I do not consent and I do not understand your documents. There is no subject matter jurisdiction.

The Internal Revenue Code (IRC) is not positive law but rather special law. As such it applies to specific persons in the United States who choose to make themselves subject to the requirements of the special laws in the IRC by entering into an **employment agreement** within the U.S. Government. I have never entered into such an agreement.

I further note that you are in the Small Business Self-Employed Division. I am not a small business or self-employed.

Finally in *Schulz v IRS* (Case No. 04-0196) the court has held that the recipient of an IRS administrative summons "cannot be held in contempt, arrested, detained, or otherwise punished for refusing to comply with the original IRS summons, no matter the taxpayer's reasons or lack of reasons for so refusing."

Again, I request and demand any and all due process to which I am entitled or which is in any way appropriate and/or available to me under any provision or practice of common, statutory, and or administrative law or protocol-- including, but not limited to, that to which is incorporated by reference into this request and demand all relevant information included on or in that notice. Be advised that it is my intention to document record any and all proceedings for which such an option is lawfully available to me. I declare that I make no admissions as to my status, the legitimacy of your implicit or explicit assertions, or the fitness of any particular legal or administrative protocol by responding to your notice or by requesting and demanding the due process referenced above.

If you have any questions, you should write to me at the address at the top of this letter. I will need all correspondence from you in writing for my records. If an attorney prepares the response letter, I respectfully demand that you sign the response since you are the responsible party. A form letter that evades my questions, will not be considered as responsive to the demands. Please return your response within 15 days signed under penalty of perjury along with your oath of office and delegation order number.

I certify under penalty of perjury under the laws of the United States that the foregoing facts are true, correct, and complete to the best of my knowledge and ability.

Sincerely,

*[signature]*

Larry B. Golson
Sovereign Citizen

Page 2 of 2
The contents of this correspondence are copyrighted and may not be shared with third parties or entered into any kind of electronic information system. The fee for violating the copyright is $100,000. This letter and all attached documents have been made part of the Public Record and will be used for evidence in administrative and judicial proceedings at law or equity. All of these documents must be RECORDED and maintained in Claimant's Administrative PAPER, not electronic File.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Pauline Ketchum*  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)
C. Date of Delivery: 6-6-05

1. Article Addressed to:

Heidi Beukema
Internal Revenue Service
678 Front NW
Suite 200
Grand Rapids, MI
49504-5335

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7003 2260 0000 9048 7262

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Sharon* ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Skowron
C. Date of Delivery: 6-23-05

1. Article Addressed to:

Heidi Beukema
Internal Revenue Service
678 Front NW
Suite 200
Grand Rapids, MI
49504-5335

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7003 2260 0000 9048 7293

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540