Larry B. Golson
c/o 7736 Deer Trail Rd
Montgomery, AL 36117

June 29, 2005

Cert. Mail#: 7003 2260 0000 9048 7286

Michelle Haldeman
Supervisory Revenue Agent
Small Business/Self-Employed Division
Internal Revenue Service
678 Front NW
Suite 200
Grand Rapids, MI 49504-5335

Re: Heidi Beukema

This is notification that your subordinate has acted unlawfully and now created personal liability for you. Documents being sent through the U.S. mail have been fraudulently issued by unauthorized personnel.

There has been no response to a certified letter 7003 2260 0000 9048 7262 delivered June 6, 2005 (copy of letter and delivery attached). You are now required to provide a response signed under penalty of perjury to that letter as well as this one.

I note that you are in the Small Business/Self-Employed Division. I am not a small business, do not work for a small business and am not self-employed which on it's face provides evidence of at best negligence and worse attempted fraud on your part.

Per Hagans vs Lavine, 415 US 533 "The law requires proof of jurisdiction to appear on the record of the administrative agency and all administrative proceedings." There was no proof. Further this person has gathered personal information which they have no right to and attempted to gather information on forms which bore no Office of Management and Budget (OMB) code as required by law. These forms also do not include a signature under penalties of perjury as required by Title 26 U.S.C. §6065.

As noted by the courts you are committing fraud by leaving questions unanswered and having no rebuttals:

"Silence can only be equated with fraud where there is a legal or moral duty to speak, or where an inquiry left unanswered would be intentionally misleading. . . We cannot condone this shocking behavior by the IRS. Our revenue system is based on the good faith of the taxpayer and the taxpayers should be able to expect the same from the government in its enforcement and collection activities." U.S. v. Tweel, 550 F.2d 297, 299. See also U.S. v. Prudden, 424 F.2d 1021, 1032; Carmine v. Bowen, 64 A. 932.

Fraud: Deceit, deception, artifice, or trickery operating prejudicially on the rights of another, and so intended, by inducing him to part with property or surrender some legal right. 23 Am J2d Fraud § 2. Anything calculated to deceive another to his prejudice and accomplishing the purpose, whether it be an act, a word, silence, the suppression of the truth, or other device contrary to the plain rules of common honesty. 23 Am J2d Fraud § 2. An affirmation of a fact rather than a promise or statement of intent to do something in the future. Miller v Sutliff, 241 111 521, 89 NE 651.

I have a burden placed on me by the United States Supreme Court to check the authority of any agent that I have dealings with. That same burden is also placed on you by the Supreme Court. Further, we are charged with knowing the government statutes and regulations pertaining to our dealings with IRS agents. I am not willing to take a risk of not checking the authority of the IRS agent.

In Federal Crop Insurance v. Merrill, 332 U.S. 380, the Supreme Court ruled: "Whatever the form in which the government functions, anyone entering into an arrangement with the government takes a risk of having accurately ascertained that he who purports to act for the government stays within the bounds of his authority, even though the agent himself may be unaware of the limitations upon his authority." Also see Utah Power & Light Co. v. United States, 243 U.S. 389; United States v. Stewart, 311 U.S. 60 *; and generally, in re Floyd Acceptances, 7 Wall. 666.

Continental Casualty Co. v. United States, 113 F.2d 284 (5th Cir. 1940): "Public officers are merely the agents of the public, whose powers and authority are defined and limited by law. Any act without the scope of the authority so defined does not bind the principal, and all persons dealing with such agents are charged with knowledge of the extent of their authority," 113 F.2d, at 286.

---

Page 1 of 3

The contents of this correspondence are copyrighted and may not be shared with third parties or entered into any kind of electronic information system. The fee for violating the copyright is $100,000. This letter and all attached documents have been made part of the Public Record and will be used for evidence in administrative and judicial proceedings at law or equity. **All of these documents must be RECORDED and maintained in Claimant's Administrative PAPER, not electronic File.**



Exhibit 5

Lavin v. Marsh, 644 F.2d 1378 (9th Cir. 1981): "Persons dealing with the government are charged with knowing government statutes and regulations, and they assume the risk that government agents may exceed their authority and provide misinformation," 644 F.2d, at 1383.

The law requires that you take prompt action to remedy a wrong done under "color of law". Your failure to rebut these allegations and statements of law, or failure to take action to remedy this Constitutional deprivation, may subject you to personal criminal and civil charges. Your failure to respond to this letter will be used as probable cause, along with the other letter that I have previously sent, and also the documents/letters/forms that you been complicit in issuing.

18 USC Sec. 242 and 42 USC Sec. 1983 provides that: Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, ... shall be fined under this title or imprisoned not more than one year, or both; 42 USC Sec. 1983 further provides that a violator shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress.

42 USC Sec. 408 provides that: Whoever ... (8) discloses, uses, or compels the disclosure of the social security number of any person in violation of the laws of the United States; shall be guilty of a felony and upon conviction thereof shall be fined under title 18 or imprisoned for not more than five years, or both.

"Personal-capacity suits, on the other hand, seek to impose individual liability upon a government officer for actions taken under color of state law. Thus, '[o]n the merits, to establish personal liability in a 1983 action, it is enough to show that the official, acting under color of state law, caused the deprivation of a federal right.' Id., at 166." HAFER v. MELO, 502 U.S. 21 (1991).

"Personal involvement in deprivation of constitutional rights is prerequisite to award of damages, but defendant may be personally involved in constitutional deprivation by direct participation, failure to remedy wrongs after learning about it, creation of a policy or custom under which unconstitutional practices occur or gross negligence in managing subordinates who cause violation." (Gallegos v. Haggerty, N.D. of New York, 689 F. Supp. 93 (1988).

"The law creates a presumption, where the burden is on a party to prove a material fact peculiarly within his knowledge and he fails without excuse to testify, that his testimony, if introduced, would be adverse to his interests." citing Meier v CIR, 199 F 2d 392, 396 (8th Cir. 1952) (quoting 20 Am Jur, Evidence Sec 190, page 193.

I do not agree, I do not consent and I do not understand your contact or any documents/letters/forms. There is no subject matter jurisdiction.

**I demand to know what information was obtained, how it was obtained or used and if there was any other contact. I also demand to know the name and address of the person that trespassed on my private property.**

I am confident the document you signed was illegally issued. IRC section 7608 is the only code section specifying the authority of various Internal Revenue agents by title. It specifically excludes you or your agent from all actions under subtitle A and C.

"IRC 7214 (a) unlawful acts of revenue officers or agents. Any officer or employee of the United States acting in connection with any revenue law of the United States –
(1)     who is guilty of any extortion or willful oppression under color of law, or
(3)     who with intent to defeat the application of any provision of this title fails to perform any of the duties of his office or employment,...
(7)     who makes or signs any fraudulent entry in any book, or makes or signs any fraudulent certificate, return or statement, ...shall be dismissed from office or discharged from employment..."

In *Schulz v IRS* (Case No. 04-0196) the court has held that the recipient of an IRS administrative summons "cannot be held in contempt, arrested, detained, or otherwise punished for refusing to comply with the original IRS summons, no matter the taxpayer's reasons or lack of reasons for so refusing."

With respect to 4th of July holiday I would strongly suggest that you, as well as all others in your office, take the time to read the Declaration of Independence and the Constitution of the United States of America. I believe you will find this material very enlightening.

The contents of this correspondence are copyrighted and may not be shared with third parties or entered into any kind of electronic information system. The fee for violating the copyright is $100,000. This letter and all attached documents have been made part of the Public Record and will be used for evidence in administrative and judicial proceedings at law or equity. **All of these documents must be RECORDED and maintained in Claimant's Administrative PAPER, not electronic File.**

I request and demand any and all due process to which I am entitled or which is in any way appropriate and/or available to me under any provision or practice of common, statutory, and/or administrative law or protocol-- including, but not limited to, that to which is incorporated by reference into this request and demand all relevant information included on or in that notice. Be advised that it is my intention to document/record any and all proceedings for which such an option is lawfully available to me. I declare that I make no admissions as to my status, the legitimacy of your implicit or explicit assertions, or the fitness of any particular legal or administrative protocol by responding to your notice or by requesting and demanding the due process referenced above.

Failure to reply in writing within 10 days constitutes official acceptance of the terms and conditions of this letter and is deemed an admission of the facts as alleged and consent to the relief sought in this notice.

Your cooperation in this matter is appreciated and required.

I certify under penalty of perjury under the laws of the United States that the foregoing facts are true, correct, and complete to the best of my knowledge and ability.

Sincerely,

_____
Larry B. Golson
Sovereign Citizen

Page 3 of 3
The contents of this correspondence are copyrighted and may not be shared with third parties or entered into any kind of electronic information system. The fee for violating the copyright is $100,000. This letter and all attached documents have been made part of the Public Record and will be used for evidence in administrative and judicial proceedings at law or equity. **All of these documents must be RECORDED and maintained in Claimant's Administrative PAPER, not electronic File.**

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _C Shown_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>C Skowron  2-5-0 |
| 1. Article Addressed to:<br>Michelle Haldeman<br>Small Business/Self-Employed<br>Division<br>Internal Revenue Service<br>678 Front NW Suite 200<br>Grand Rapids, MI<br>49504-5335 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7003 2260 0000 9048 7286 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540