Larry B. Golson
c/o 7736 Deer Trail Rd
Montgomery, AL 36117

August 1, 2005

Cert. Mail#: 7005 0390 0001 0095 0872

Alisha M. Harper
Attorney (SB/SE)
Internal Revenue Service
Office of Chief Counsel
Small Business/Self-Employed Division Counsel
Heyburn Building
332 W. Broadway, Suite 1100
Louisville, KY 40202

Re: Letters Dated Jul 28 2005

August 1, 2005

Ms. Harper:

This is a courtesy response to your letters addressed to my wife (Debra) and me dated July 28, 2005 received August 1, 2005. Having first hand experience with identity theft I do not accept anything from anyone without official identification. I am a common man of average intelligence and I can not ascertain the validity of your letter. It does not contain any printing to indicate it's source or authority. It bears no Office of Management and Budget (OMB) code nor does it include any notice required by the Privacy Act of 1974 and the Paperwork Reduction Act of 1980. It further does not bear a signature under penalties of perjury as required by Title 26 U.S.C. §6065. Therefore, the integrity of the document cannot be verified and appears to be fraudulent. I respectfully request identification of origin and authority under the laws of the United States.

Please provide proof that the "Internal Revenue Service" as printed on this letter is an agency within the United States Department of the Treasury as there is no indication of such in this document. If it is, please provide an explanation as to why this document does not display "United States" or U.S. to indicate such. If it is an agency, please provide the Act of Congress that created it. If you can not, it will be deemed an admission that it is merely an entity that has no jurisdiction or authority when dealing with a natural born citizen of one of the fifty states. It will also be an admission that each piece of correspondence received through the U.S. Postal Service that includes "Internal Revenue Service Department of the Treasury" represents one count of mail fraud.

Your letter states that I should provide "Any books, records or other documents called for in the summons" apparently without knowing what was in the referenced document. I demand to know what authority allows someone from the Small Business/Self-Employed Division to demand **personal** information from a **private** citizen when no proof has been offered of their authority and no proof of jurisdiction has been established even when demanded. Further, even if a person was under that jurisdiction I can not find where it would give anyone such as Ms. Beukema access to information not directly related to those activities. Please note, I have previously contacted Ms. Beukema and her supervisor by phone on May 26, 2005, certified mail dated May 31, June 20 and June 29 of 2005 (incorporated by reference) and requested said information to which I have received no reply. The terms and conditions in this document have already been admitted to by a lack of response to my previous requests in the time required as time is of the essence. This matter is concluded per that lack of response. The courts have ruled that silence equates to fraud and therefore fraud has also been committed.

According to U.S. Government Printing Office Title 26 USC - The Internal Revenue has not been enacted into positive (statutory) law. As such it applies only to specific persons in the United States. Please provide proof that I am subject to this special law.

I demand that a copy of the actual United States Code sections and existing delegation orders that were relied upon and under whose authority this work was performed and this letter was issued be forwarded to me. There is no indication in this letter of this jurisdiction or authority. Proof of authority and jurisdiction are required. Please provide proof that this person is an officer, agent or employee of the United States. No proof has been provided to this date.

---

Page 1 of 5

The contents of this correspondence are copyrighted and may not be shared with third parties or entered into any kind of electronic information system. The fee for violating the copyright is $100,000. This letter and all attached documents have been made part of the Public Record and will be used for evidence in administrative and judicial proceedings at law or equity. All of these documents must be RECORDED and maintained in Claimant's Administrative PAPER, not electronic File.

*Exhibit 6*

The Privacy Act of 1974 and Paperwork Reduction Act of 1980 say that when a government organization ask for information it must tell the legal right it has to ask for the information, why it is asking for it, and how it will be used. It must also tell what could happen if it does not receive it and whether a response is voluntary, required to obtain a benefit, or mandatory under the law. There was no such notification in this letter or any previous documents. Failure to provide such information is deemed an admission that no response is needed and such documents are not legally binding, carry no force of law and are considered harassment.

Additionally, IR Code Sections 6001 and 6011 (as identified in the 1040 Privacy Act) notify me that I need only "comply with regulations." Nothing in the Privacy Act Notice informs me that I must "comply" with letters. Please provide any background file documents relating to this determination and any Treasury regulations that impose a legal obligation. Failure to provide such information is deemed an admission that no response is needed and such documents are not legally binding, carry no force of law and are considered harassment.

Please furnish copies of all laws or regulations pertaining to this contact. What is the name and address of the Ethical Grievance Committee or Board to which I might report any misconduct on your part? In what court would I seek redress on your personal as well as professional liability? How long have you been employed with this group, how long in this position? What was your previous employment? What is the name, job title and authority of the person that instructed you to attempt this action?

Please provide the law which requires a natural born citizen of one of the fifty states to respond to any document or correspondence that does not display an OMB code. If this can not be provided it will be deemed an admission that no response is needed and such documents are not legally binding, carry no force of law and are considered harassment.

Please provide the law which requires a natural born citizen of one of the fifty states to respond to any document or correspondence that is not signed under penalty of perjury as required by Title 26 U.S.C. §6065. If this can not be provided it will be deemed an admission that no response is needed and such documents are not legally binding, carry no force of law and are considered harassment.

Please provide the law which requires a natural born citizen of one of the fifty states to respond to any document or correspondence that does not display the notice required by the Privacy Act of 1974 and the Paperwork Reduction Act of 1980. If this can not be provided it will be deemed an admission that no response is needed and such documents are not legally binding, carry no force of law and are considered harassment.

Please provide the law which requires a natural born citizen of one of the fifty states to respond to any document or correspondence that does not provide proof of jurisdiction after it is requested. If this can not be provided it will be deemed an admission that no response is needed and such documents are not legally binding, carry no force of law and are considered harassment.

Please provide the law which requires a natural born citizen of one of the fifty states to respond to any document or correspondence that does not provide delegation orders after they are requested. If this can not be provided it will be deemed an admission that no response is needed and such documents are not legally binding, carry no force of law and are considered harassment.

Please provide the law which requires a natural born citizen of one of the fifty states to comply with anything other than U.S. Department of the Treasury Regulations as specified in IR Code Sections 6001 and 6011 (as identified in the 1040 Privacy Act). If this can not be provided it will be deemed an admission that no response is needed and such documents are not legally binding, carry no force of law and are considered harassment.

The pocket Commission Handbook, located in Chapter 3 of Internal Revenue Manual § 1.16.3 Authorized Pocket Commission Holders, lists IRS personnel who are authorized to have pocket commissions. By cross-referencing to the delegation of authority to issue summonses, it appears that all IRS personnel authorized to issue summonses are under the assistant Commissioner (International). If the authorities are accurate, the proposed examination would constitute a sham preceding under color of authority of the United States. To the best of my knowledge, I have never received income from sources and activities subject to jurisdiction of the Assistant Commissioner (International).

Further, if you will consult Part 14 of the Internal Revenue Manual, "International", at § 114.1, "Compliance and Customer Service Managers Handbook", you will find that examination, collection, criminal investigation and customer service functions are all categorized under the Assistant Commissioner (International). There is no corresponding categorization that might qualify as "domestic" operations.

The contents of this correspondence are copyrighted and may not be shared with third parties or entered into any kind of electronic information system. The fee for violating the copyright is $100,000. This letter and all attached documents have been made part of the Public Record and will be used for evidence in administrative and judicial proceedings at law or equity. **All of these documents must be RECORDED and maintained in Claimant's Administrative PAPER, not electronic File.**

If you will consult 26 CFR § 601.101, you will find that IRS personnel have jurisdiction for examination and collection only within internal revenue districts; all other functions fall under jurisdiction of the foreign district director, now the Assistant Commissioner (International). The Secretary of the Treasury has never established internal revenue districts in the States of the Union, as required-by 26 U.S.C. § 7621 AND Executive Order #10289. Therefore, you must be operating under presumption of Assistant Commissioner (International) jurisdiction.

There are essentials to any case or controversy, whether administrative or judicial, arising under the Constitution and laws of the United States (Article III § 2, U.S. Constitution, "arising under" clause). See **Federal Maritime Commission v. South Carolina Ports Authority, 535 U.S. (2002)**

The following elements are essential:
1. When Challenged, standing, venue and all elements of subject matter jurisdiction, including compliance with substantive and procedural due process requirements, must be established in record.
2. Facts of the case must be established in record.
3. Unless stipulated by agreement, facts must be verified by competent witnesses via testimony (affidavit, deposition or direct oral examination).
4. The LAW of the case must affirmatively appear in record, which in the instance of a tax controversy necessarily includes taxing and liability statutes with attending regulations (See **United States of America v. Menk. 260 F. Supp. 784 at 787** and **United States of America v. Communi TV. Inc. 327 F.2d 79 10 ' Cir.. 1264)**:
5. The advocate of a position must prove application of the law to stipulated or otherwise provable facts.
6. The trial court, whether administrative or judicial, must render a written decision that includes findings of fact and conclusions of law.

As you have not complied with these elements, I am duty bound to ask that you prove your Personal Authority as an authorized government agent.

**Please provide me with certified copies of the following:**

1. Your precise title ("revenue officer", "revenue agent", "appeals officer", "special agent", etc.) and cite the section of the act of Congress that created the office you occupy;
2. Your constitutional oath of office, as required by Article VI, Paragraph 3 of the Constitution of the United States and 5 U.S.C. § 3331;
3. Your civil commission as agent or officer of the Government of the United States, as required by Article II § 3 of the Constitution of the United States and attending legislation;
4. Your affidavit declaring that you did not pay for or otherwise make or promise consideration to secure the office (5 U.S.C. § 3332);
5. Your personal surety bond; and
6. Documentation that establishes your complete line of delegated authority, including all intermediaries such as the Assistant Commissioner (International), beginning with the President of the United States.

These documents should all be filed as public records. See 5 U.S.C.§ 2906 for requirements concerning filing oaths of office. In the event you do not have a personal surety bond, you may provide a copy of your financial statement, which you are required to file annually. Your financial statement will be construed as a private treaty surety bond in the event that you exceed lawful authority.

You may provide the requested items within a reasonable period of twenty (20) calendar days from receipt of this request. See the Administrative Procedures act for deadlines. In the event you do not formally answer this demand, you may be considered a party to any past or subsequent adverse action. You may withdraw, in writing, any and all claims, demands and/or encumbrances issued directly or indirectly within the scope of your alleged administrative authority.

Failure to comply with this constructive notice of demand to verify authenticity of your authority will be an admission that all parties are willfully, with evil intent, engaging in criminal activity against me.

The contents of this correspondence are copyrighted and may not be shared with third parties or entered into any kind of electronic information system. The fee for violating the copyright is $100,000. This letter and all attached documents have been made part of the Public Record and will be used for evidence in administrative and judicial proceedings at law or equity. **All of these documents must be RECORDED and maintained in Claimant's Administrative PAPER, not electronic File.**

NOTICE: I reserve the right to enter this demand and all evidence attached within, to be preserved as evidence under Rule 902 (4), (5), (8), (9) and (10) of the Federal Rules of Evidence, upon the records of such public recorder's office at such place or places as I alone determine, which as a matter of public record shall be subject to submission and use in any legal proceeding thereafter as utilized by any person having cause to rely thereupon for evidence purpose, under the aforesaid Federal Rules of Evidence, and as for any other reasons that a public record of debt may be used, accordingly.

Record Notice Act: When an instrument of conveyance or a mortgage is recorded in the appropriate public office, it is constructive notice of its contents to the whole world. Black's Law, Sixth Edition, Page 1275

The law requires that you take prompt action to remedy a wrong done under "color of law". Your failure to rebut all of these allegations and statements of law, failure to provide personal authority and failure to take action to remedy this Constitutional deprivation, may subject you to personal criminal and civil charges. Your failure to respond to this letter will be used as probable cause, along with the other letters that I have previously sent and also the documents/letters/forms that have been issued.

I assume that you are familiar with Title 18 USC Sec. 242 and 42 USC Sec. 1983 which provide that: Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, ... shall be fined under this title or imprisoned not more than one year, or both; 42 USC Sec. 1983 further provides that a violator shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress.

Further 42 USC Sec. 408 provides that: Whoever ... (8) discloses, uses, or compels the disclosure of the social security number of any person in violation of the laws of the United States; shall be guilty of a felony and upon conviction thereof shall be fined under title 18 or imprisoned for not more than five years, or both.

"Personal-capacity suits, on the other hand, seek to impose individual liability upon a government officer for actions taken under color of state law. Thus, '[o]n the merits, to establish personal liability in a 1983 action, it is enough to show that the official, acting under color of state law, caused the deprivation of a federal right.' Id., at 166." HAFER v. MELO, 502 U.S. 21 (1991).

"Personal involvement in deprivation of constitutional rights is prerequisite to award of damages, but defendant may be personally involved in constitutional deprivation by direct participation, failure to remedy wrongs after learning about it, creation of a policy or custom under which unconstitutional practices occur or gross negligence in managing subordinates who cause violation." (Gallegos v. Haggerty, N.D. of New York, 689 F. Supp. 93 (1988).

"The law creates a presumption, where the burden is on a party to prove a material fact peculiarly within his knowledge and he fails without excuse to testify, that his testimony, if introduced, would be adverse to his interests." citing Meier v CIR, 199 F 2d 392, 396 (8th Cir. 1952) (quoting 20 Am Jur, Evidence Sec 190, page 193.

In *Schulz v IRS* (Case No. 04-0196) the court has held that the recipient of an IRS administrative summons "cannot be held in contempt, arrested, detained, or otherwise punished for refusing to comply with the original IRS summons, no matter the taxpayer's reasons or lack of reasons for so refusing."

I do not agree, I do not consent and I do not understand your contact or any documents/letters/forms. There is **no subject matter jurisdiction**.

**For the record, again, my wife or I are NOT a small business, did not own or work for a small business and were not self employed for the period in question. On it's face there is clearly no subject matter jurisdiction. If there is information to the contrary I demand it immediately be made available to me so that I may correct it.**

**I further demand to know what information was obtained about my wife and me, how it was obtained or used and if there was any other contact. I submit that our <u>personal private</u> information was illegally obtained and used.**

---

Page 4 of 5
The contents of this correspondence are copyrighted and may not be shared with third parties or entered into any kind of electronic information system. The fee for violating the copyright is $100,000. This letter and all attached documents have been made part of the Public Record and will be used for evidence in administrative and judicial proceedings at law or equity. **All of these documents must be RECORDED and maintained in Claimant's Administrative PAPER, not electronic File.**

I am not an attorney and since you represent that you are I request that you explain to me "Legal proceedings may be brought against you in the United States District Court for not complying with this summons." Is the form 2039 Summons a procedurally proper summons issued from a federal court of competent jurisdiction pursuant to the requirements of the Federal Rules of Civil Procedure (FRCP Rules 4 and 4.1.)? Is the United States District Court (USDC) a court of competent jurisdiction to issue a proper federal summons against a natural born sovereign from one of the fifty states? To the best of my knowledge the United States District Court has jurisdiction over federal matters arising within it's federal zones (i.e., national parks, federal forts, federal areas located within its federal district) only. Please provide proof that the summons issued is a valid binding legal document as applied to my wife and me and the USDC is the court of competent jurisdiction in this case. Failure to do so is proof that this is an attempted fraud to obtain information to which you are not entitled.

I respectfully demand that you have Ms. Beukema sign any response under penalty of perjury since she is a responsible party. A form letter or other document that evades my questions will not be considered as responsive to the demands and will be used as additional evidence in any proceedings. I am an extremely busy person and have taken my personal time (4th time actually) to respond to this matter. My time is valuable and I must be compensated for it. Thus far I have expended approximately 22 hours on this matter. Failure to reply in writing with the information demanded within 20 days constitutes official acceptance of the terms and conditions of this letter, is deemed an admission of the facts as alleged and consent to the relief sought in this notice and concludes that this matter is closed

Since you represent that you are an attorney, please do the following:

1. Put any "licensed professional" advice in writing, signed under penalty of perjury.
2. Provide the exact laws in response to each question above.
3. Provide a copy of your 'license to practice' law with certificate of oath endorsed upon the license to support the Constitution of the United States and the State(s) in which you are authorized to 'practice law.'

As an attorney you are held to the highest standard in ensuring that my rights are not being violated.

I request and demand any and all due process to which I am entitled or which is in any way appropriate and/or available to me under any provision or practice of common, statutory, and/or administrative law or protocol-- including, but not limited to, that to which is incorporated by reference into this request and demand all relevant information included on or in that notice. Be advised that it is my intention to document/record any and all proceedings for which such an option is lawfully available to me. I declare that I make no admissions as to my status, the legitimacy of your implicit or explicit assertions, or the fitness of any particular legal or administrative protocol by responding to your notice or by requesting and demanding the due process referenced above.

I certify under penalty of perjury under the laws of the United States that the foregoing facts are true, correct, and complete to the best of my knowledge and ability.

Sincerely,

Larry B. Golson
Sovereign Citizen

Page 5 of 5
The contents of this correspondence are copyrighted and may not be shared with third parties or entered into any kind of electronic information system. The fee for violating the copyright is $100,000. This letter and all attached documents have been made part of the Public Record and will be used for evidence in administrative and judicial proceedings at law or equity. All of these documents must be RECORDED and maintained in Claimant's Administrative PAPER, not electronic File.



Home |

Track & Confirm

# Track & Confirm

### Search Results

Label/Receipt Number: **7005 0390 0001 0095 0872**
Status: **Delivered**

Your item was delivered at 10:21 am on August 04, 2005 in LOUISVILLE, KY 40202.

**Track & Confirm**

Enter Label/Receipt Number.

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.   Go >



POSTAL INSPECTORS   site map   contact us   government services   jobs   National & Premier Accou
Preserving the Trust
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy

---

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_   ☐ Agent  ☐ Addressee<br>B. Received by ( Printed Name )   C. Date of Delivery |
| 1. Article Addressed to:<br><br>Alisha M Harper<br>Heyburn Building<br>332 W Broadway Suite 1100<br>Louisville, KY 40202 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered   ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7005 0390 0001 0095 0872 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540