**Larry B. Golson**
**c/o 7736 Deer Trail Rd**
**Montgomery, Alabama**

Dec 20, 2004

Cert. Mail #: 7003 2260 0000 9048 7156

December 20 2004

Mark W. Everson, Commissioner
Internal Revenue Service
1111 Constitution Avenue, NW
Washington, DC  20224

Dear Commissioner Everson,

This is a demand to provide the Act of Congress (NOT a resolution, joint or otherwise) which enacted Title 26 into positive law, pursuant to the provisions of Title 1, U.S.C.

If no proof is received within 90 days it shall be an established fact that Title 26 is not positive law. U.S. v. Tweel held that silence is a fraud where there is a legal or moral duty to speek. Carmine v. Bowen held that silence activates estoppel. Thus, failure to produce the Act(s) of Congress which enacted Title 26, as such, into positive law, will forever bar you from producing it as evidence at any time in the future.

Regards,

*[signature]*
Larry B Golson
Sovereign Citizen

This letter and all attached documents have been made part of the Public Record and will be used for evidence in administrative and judicial proceedings at law, or equity regarding this American Citizen, who by enacted federal law and the Legislative Intent of the 16th Amendment is a Non-Taxpayer as he is neither of the subject nor of the object of federal revenue laws. ALL of these documents must be RECORDED and maintained in Claimant's Administrative File and/or Individual Master File (IMF).

Exhibit 7