Larry B. Golson
c/o P.O. Box 6252
Miramar Beach, Florida 32550

January 22, 2005

Cert. Mail#: 7003 2260 0000 9048 7200

John W. Snow
Secretary
Department of the Treasury
1500 Pennsylvania Avenue NW
Washington, D.C. 20220

Re: Social Security No. 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

Dear Secretary Snow:

I apologize for the terse tone of this letter but I have made many attempts to address this situation and get answers through numerous means without success. In attempting to get this matter resolved and these questions answered I have waited for long times at local offices, been misdirected and asked odd questions by people at 800 numbers, been given answers that could not be correct by web site responses and most often had written request ignored, receiving no response at all. Government is ordained by the people and public servants are sworn to uphold the constitution and it is incumbent on those public servants to answer the peoples' request.

Since the Treasury Department is listed on the bottom of the **Application for Social Security Number** and the information collected is used by the Internal Revenue Service (IRS) it seems reasonable that you can assist in this matter and certainly can answer the other questions I have.

This letter is a demand to rescind Social Security Number 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. This number was issued illegally and at the very least represents constructive fraud on the part of our government. I have requested proof that I entered into an agreement to accept this number as a legal adult and that it was ever explained to me what such an application represented. No one has provided proof thereof. I therefore did not and do not understand, I did not and do not consent, and did not and do not agree. I did not legally enter into any agreement, obligation or contract for this number to be attached to my name or used in any system for any purpose.

Because there was no legally binding agreement to accept this I therefore demand this number be rescinded and the following actions taken:

- A letter, on official United States Government letterhead issued in the name of an appropriate authority, be sent to me that can be used to notify current and future employers, banks and investment institutions, or any others, that I, Larry Bond Golson, did not and do not participate in Social Security, am not and never was required by law to do so, and to stop using this number to withhold or pay to any taxing entity earnings from my pay.
- A letter, on official United States Government letterhead issued in the name of an appropriate authority, be sent to me that can be used to notify the Internal Revenue Service or any revenue or taxing entity that I, Larry Bond Golson, did not and do not participate in Social Security, am not and never was required by law to do so, and to stop using this number to withhold or accept any earnings from my pay.
- All monies collected under the above listed Social Security Number (including those paid by me and those paid by other entities) be refunded to me at the above address.
- All monies collected be increased by an appropriate amount for interest calculated on the prime rate or T-bill rate (whichever is least but used consistently for all) for the years collected and sent to me at the above address.

I now have questions that no one in government service seems willing or able to answer and I'm certain you can.

Please provide proof that the legislative intent of the 16th Amendment was to give the federal government jurisdictional authority to enforce an income tax beyond Washington, DC and the US Territories and Possessions. If this can not be provided it will be deemed an admission that the 16th Amendment does not apply to natural born citizens of one of the fifty states that do not work for the federal government and therefore have no liability thereunder and all funds collected under such shall be returned immediately.

Please provide proof that Article 1, Section 2, Clause 3 of the U.S. Constitution has been repealed. If this can not be provided it will be deemed an admission that a natural born citizen of one of the fifty states that does not work for the federal government is not

The contents of this correspondence are copyrighted and may not be shared with third parties or entered into any kind of electronic information system. The fee for violating the copyright is $100,000. This letter and all attached documents have been made part of the Public Record and will be used for evidence in administrative and judicial proceedings at law or equity. **All of these documents must be RECORDED and maintained in Claimant's Administrative PAPER, not electronic File.**

*Exhibit 2*

liable for the Federal Income Tax as it would be a direct tax that has not been apportioned and all funds collected under such shall be returned immediately.

Please provide proof that Article 1, Section 9, Clause 4 of the U.S. Constitution has been repealed. If this can not be provided it will be deemed an admission that a natural born citizen of one of the fifty states that does not work for the federal government is not liable for the Federal Income Tax as it would be a capitation or direct tax that has not been apportioned and all funds collected under such shall be returned immediately.

Please provide proof that the term "State" as used in the Internal Revenue Code includes the fifty states of the union. If this can not be provided it will be deemed an admission that a natural born citizen of one of the fifty states that does not work for the federal government is not liable for the Federal Income Tax and all funds collected under such shall be returned immediately

Please provide proof that the Internal Revenue Service ("IRS") is an organization within the united states of America's Department of the Treasury? If it is, please provide the Act that created it. If you can not, it will be deemed an admission that it is merely an entity that has no jurisdiction or authority when dealing with a natural born citizen of one of the fifty states that does not work for the federal government. It will also be an admission that each piece of correspondence received through the U.S. Postal Service that includes "Department of the Treasury Internal Revenue Service" represents one count of mail fraud and will be prosecuted as such.

Please provide proof that Title 26 of the United States Code has been enacted into positive law. If this can not be provided it will be deemed an admission that Title 26 is merely special law that does not apply to natural born citizens of one of the fifty states that do not work for the federal government and all funds collected under such shall be returned immediately.

Please provide a certified copy of all statutes creating a specific liability for taxes imposed by subtitle A of the Internal Revenue Code. If this can not be provided it will be deemed an admission that no such statute exist and therefore no liability can exist for a natural born citizen of one of the fifty states that does not work for the federal government and all funds collected under such shall be returned immediately.

Please provide the law which requires a natural born citizen of one of the fifty states to respond to any document or correspondence that does not display an OMB code. If this can not be provided it will be deemed an admission that no response is needed and such documents are not legally binding, carry no force of law and are considered harassment.

Please provide the law which requires a natural born citizen of one of the fifty states to respond to any document or correspondence that are not signed under penalty of perjury as required by Title 26 U.S.C. §6065. If this can not be provided it will be deemed an admission that no response is needed and such documents are not legally binding, carry no force of law and are considered harassment.

Please provide the law which requires a natural born citizen of one of the fifty states to respond to any document or correspondence that does not display the notice required by the Privacy Act of 1974 and the Paperwork Reduction Act of 1980. If this can not be provided it will be deemed an admission that no response is needed and such documents are not legally binding, carry no force of law and are considered harassment.

Please provide the law which requires a natural born citizen of one of the fifty states to respond to any document or correspondence that does not provide proof of jurisdiction after it is requested. If this can not be provided it will be deemed an admission that no response is needed and such documents are not legally binding, carry no force of law and are considered harassment.

Please provide the law which requires a natural born citizen of one of the fifty states to respond to any document or correspondence that does not provide Delegation Orders after they are requested. If this can not be provided it will be deemed an admission that no response is needed and such documents are not legally binding, carry no force of law and are considered harassment.

Please provide the law which requires a natural born citizen of one of the fifty states to comply with anything other than Treasury Regulations as specified in IR Code Sections 6001 and 6011 (as identified in the 1040 Privacy Act). If this can not be provided it will be deemed an admission that no response is needed and such documents are not legally binding, carry no force of law and are considered harassment.

Please provide the law that proves a natural born citizen of one of the fifty states that does not work for the federal government is an "employee" as the term is defined in the Internal Revenue Code. If this can not be provided it will be deemed an admission that a natural born citizen of one of the fifty states that does not work for the federal government is not an "employee" as the term is defined in the Internal Revenue Code and therefore is not liable for any taxes thereunder and all funds collected under such shall be returned immediately.

---

The contents of this correspondence are copyrighted and may not be shared with third parties or entered into any kind of electronic information system. The fee for violating the copyright is $100,000. This letter and all attached documents have been made part of the Public Record and will be used for evidence in administrative and judicial proceedings at law or equity. All of these documents must be RECORDED and maintained in Claimant's Administrative PAPER, not electronic File.

Please provide the law that proves a private sector entity incorporated in one of the fifty states is an "employer" as the term is defined in the Internal Revenue Code. If this can not be provided it will be deemed an admission that a private sector entity incorporated in one of the fifty states is not an "employer" as the term is defined in the Internal Revenue Code and is therefore not liable for any taxes thereunder.

Please provide proof that our system of income taxation is based upon distraint and not upon voluntary assessment and payment. If this can not be provided it will be deemed an admission that a natural born citizen of one of the fifty states that does not work for the federal government can not be forced, coerced or compelled to make payments thereunder and all funds collected under such shall be returned immediately.

Please provide proof that I am involved in the conduct of a "trade or business within the U.S. Government." If this can not be provided it will be deemed an admission that I am not conducting a "trade or business within the U.S. Government" as that term is defined in the Internal Revenue Code and am not liable for any taxes thereunder and all funds collected under such shall be returned immediately.

Please provide proof that I, a natural born citizen of one of the fifty states that does not work for the federal government, am a 'Taxpayer' as the term is defined in the Internal Revenue Code. If this can not be provided it will be deemed an admission that I am not a "Taxpayer" as that term is defined in the Internal Revenue Code and am not liable for any taxes thereunder and all funds collected under such shall be returned immediately.

Please provide any 23c Assessment Certificates regarding SSN 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 signed by an assessment officer (including the record and supporting data) providing identification of the taxpayer by name and number, the taxable period, the nature of the tax, and the amount assessed as required by the 1954 and 1986 Internal Revenue Code (IRC) section 6203; Title 26 C.F.R. §301.6203-1; Internal Revenue Manual 5312(1), MT 5300-1 (11-15-85). For any years a 23c Assessment Certificate can not be provided it will be deemed an admission that no tax liability exist for those years and all funds collected under such shall be returned immediately.

Please provide proof that I as a worker receive a profit or gain from my labor and am not merely exchanging services for funds. If this can not be provided it will be deemed an admission that funds received for my labor are not "Income" per the Internal Revenue Code and I am not liable for any taxes thereunder and all funds collected under such shall be returned immediately.

Please provide a withholding exemption certificate as specified in the Internal Revenue Code that can be provided to a private entity incorporated in one of the fifty states to stop the withholding of federal income taxes.

Please provide proof that former Treasury Secretary Paul H. O'Neill responded to a subpoena issued by the District Court of the United States, Central District of California for the case Tally H. Eddings v. Four Records, etc. et al, Supoena in civil case # 6:01-CV-1299-ORL-28DAB for the Middle District of Florida dated September 14, 2002 A.D. If this can not be provided it will be deemed that such silence equates to a fraud and activates estoppel. It will be further deemed that the Internal Revenue Service lacks any authority to assess me formally, can NOT produce a valid 23c Assessment Certificate because it requires a signature under penalty of perjury by a duly authorized Assessment Officer which, if a duly authorized Assessment Officer attempts to sign an Assessment Certificate under penalty of perjury for unpaid federal income taxes, s/he will be promptly charged with perjury because there is no statute at large which creates a specific liability for any of the taxes imposed by subtitle A of the Internal Revenue Code. It is further deemed that all monies collected by the Internal Revenue Service under my name were illegally collected and all funds collected under such shall be returned immediately.

Failure to reply in writing within 30 days constitutes official acceptance of the terms and conditions of this letter and is deemed an admission of the facts as alleged and consent to the relief sought in this notice.

Your cooperation in this most important matter is appreciated.

I certify under penalty of perjury under the laws of the united states of America that the foregoing facts are true, correct, and complete to the best of my knowledge and ability.

Sincerely,

Larry B. Golson
Sovereign Citizen

The contents of this correspondence are copyrighted and may not be shared with third parties or entered into any kind of electronic information system. The fee for violating the copyright is $100,000. This letter and all attached documents have been made part of the Public Record and will be used for evidence in administrative and judicial proceedings at law or equity. All of these documents must be RECORDED and maintained in Claimant's Administrative PAPER, not electronic File.

## Card 1

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X — Received by the Commissioner's Correspondence Office
☐ Agent
☐ Addressee

B. Received by ( Printed Name)     C. Date of Delivery
JAN 0 3 2005

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

1. Article Addressed to:

Mark W Everson
Commissioner
Internal Revenue Service
1111 Constitution Ave, NW
Washington, DC 20224

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7003 2260 0000 9048 7156

PS Form 3811, August 2001     Domestic Return Receipt     102595-02-M-1540

## Card 2

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Townsend
☐ Agent
☐ Addressee

B. Received by ( Printed Name)     C. Date of Delivery
2-4-05

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

1. Article Addressed to:

John W Snow
Secretary
Department of The Treasury
1500 Pennsylvania Av NW
Washington, DC 20220

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7003 2260 0000 9048 7200

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

## Card 3

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Pauline Ketcham
☐ Agent
☐ Addressee

B. Received by ( Printed Name)     C. Date of Delivery
6-6-05

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

1. Article Addressed to:

Heidi Beukema
Internal Revenue Service
678 Front NW
Suite 200
Grand Rapids, MI
49504-5335

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7003 2260 0000 9048 7262

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540