# AFFIDAVIT OF DEFAULT AND ACQUIESCENCE

Mark W. Everson, Commissioner
Internal Revenue Service
1111 Constitution Avenue, NW
Washington, DC 20224

### NOTICE TO AGENT IS NOTICE TO PRINCIPAL NOTICE TO PRINCIPAL IS NOTICE TO AGENT

You are in default for failing to respond within the alloted time to my previous certified docments delivered January 3, 2005 certified mail # 7003 2260 0000 9048 7156.

Your acquiescence indicates the undisputed facts contained in those documents are true and correct.

Accordingly, I now invoke the doctrine of estoppel by acquiescence.

"Silence can only be equated with fraud where there is a legal or moral duty to speak or *where an inquiry left unanswered would be intentionally misleading*." See U. S. v. Tweel, 550 F.2d 297, 299 (1977), emphasis added, quoting U.S. v. Prudden, 424 F.2d 1021, 1032 (1970). See also Carmine v. Bowen, 64 A. 932 (1906).

I, the Undersigned, hereby verify, under the laws of the United States of America, without the "United States", that the above statements of fact are true and correct, to the best of my ability, knowledge, and belief.

Sincerely,

_____
Larry B. Golson

Honest, private, natural man

### PROOF OF SERVICE

This date I placed into the United States Mail, postage prepaid, a copy of this filing and its attachments, addressed to the below:

Mark W. Everson, Commissioner
Internal Revenue Service
1111 Constitution Avenue, NW
Washington, DC 20224

_____
Larry B. Golson

The contents of this correspondence are copyrighted and may not be shared with third parties or entered into any kind of electronic information system. The fee for violating the copyright is $100,000. This letter and all attached documents have been made part of the Public Record and will be used for evidence in administrative and judicial proceedings at law or equity. All of these documents must be RECORDED and maintained in Claimant's Administrative PAPER, not electronic File.

Exhibit 11