OMB No. 1615-0052

**Department of Homeland Security**
U.S Citizenship and Immigration Services

**N-400 Application for Naturalization**

Print clearly or type your answers using CAPITAL letters. Failure to print clearly may delay your application. Use black ink.

### Part 1. Your Name. *(The Person Applying for Naturalization)*

Write your USCIS "A"- number here: A

**For USCIS Use Only**

Bar Code | Date Stamp

Remarks

Action Block

A. Your current legal name.

Family Name *(Last Name)*

Given Name *(First Name)*   Full Middle Name *(If applicable)*

B. Your name **exactly** as it appears on your Permanent Resident Card.

Family Name *(Last Name)*

Given Name *(First Name)*   Full Middle Name *(If applicable)*

C. If you have ever used other names, provide them below.

| Family Name *(Last Name)* | Given Name *(First Name)* | Middle Name |
|---|---|---|
| | | |
| | | |
| | | |

D. Name change *(optional)*

Please read the Instructions before you decide whether to change your name.

1. Would you like to legally change your name?  ☐ Yes  ☐ No
2. If "Yes," print the new name you would like to use. Do not use initials or abbreviations when writing your new name.

Family Name *(Last Name)*

Given Name *(First Name)*   Full Middle Name

### Part 2. Information About Your Eligibility. *(Check Only One)*

I am at least 18 years old AND

A. ☐ I have been a Lawful Permanent Resident of the United States for at least five years.

B. ☐ I have been a Lawful Permanent Resident of the United States for at least three years, **and** I have been married to and living with the same U.S. citizen for the last three years, **and** my spouse has been a U.S. citizen for the last three years.

C. ☐ I am applying on the basis of qualifying military service.

D. ☐ Other *(Please explain)* _____

Form N-400 (Rev. 10/26/05)Y

Exhibit 14

| Part 8. Information About Your Marital History. *(Continued)* | Write your USCIS "A"- number here: A |

**C.** Is your spouse a U.S. citizen?   ☐ Yes   ☐ No

**D.** If your spouse is a U.S. citizen, give the following information:

   **1.** When did your spouse become a U.S. citizen?   ☐ At Birth   ☐ Other

   If "Other," give the following information:

   **2.** Date your spouse became a U.S. citizen

   **3.** Place your spouse became a U.S. citizen *(Please see Instructions)*
   
   City and State

**E.** If your spouse is **not** a U.S. citizen, give the following information:

   **1.** Spouse's Country of Citizenship

   **2.** Spouse's USCIS "A"- Number *(If applicable)*   A

   **3.** Spouse's Immigration Status
   ☐ Lawful Permanent Resident   ☐ Other _____

**F.** If you were married before, provide the following information about your prior spouse. If you have more than one previous marriage, use a separate sheet(s) of paper to provide the information requested in Questions 1-5 below.

   **1.** Prior Spouse's Family Name *(Last Name)*   Given Name *(First Name)*   Full Middle Name *(If applicable)*

   **2.** Prior Spouse's Immigration Status
   ☐ U.S. Citizen
   ☐ Lawful Permanent Resident
   ☐ Other _____

   **3.** Date of Marriage *(mm/dd/yyyy)*

   **4.** Date Marriage Ended *(mm/dd/yyyy)*

   **5.** How Marriage Ended
   ☐ Divorce   ☐ Spouse Died   ☐ Other _____

**G.** How many times has your current spouse been married (including annulled marriages)? ☐

If your spouse has **ever** been married before, give the following information about **your spouse's** prior marriage.
If your spouse has more than one previous marriage, use a separate sheet(s) of paper to provide the information requested in Questions 1 - 5 below.

   **1.** Prior Spouse's Family Name *(Last Name)*   Given Name *(First Name)*   Full Middle Name *(If applicable)*

   **2.** Prior Spouse's Immigration Status
   ☐ U.S. Citizen
   ☐ Lawful Permanent Resident
   ☐ Other _____

   **3.** Date of Marriage *(mm/dd/yyyy)*

   **4.** Date Marriage Ended *(mm/dd/yyyy)*

   **5.** How Marriage Ended
   ☐ Divorce   ☐ Spouse Died   ☐ Other _____

| Part 11. Your Signature. | Write your USCIS "A"- number here: A |
|---|---|

I certify, under penalty of perjury under the laws of the United States of America, that this application, and the evidence submitted with it, are all true and correct. I authorize the release of any information that the USCIS needs to determine my eligibility for naturalization.

Your Signature                                           Date *(mm/dd/yyyy)*

### Part 12. Signature of Person Who Prepared This Application for You. *(If Applicable)*

I declare under penalty of perjury that I prepared this application at the request of the above person. The answers provided are based on information of which I have personal knowledge and/or were provided to me by the above named person in response to the *exact questions* contained on this form.

Preparer's Printed Name

Preparer's Signature

Date *(mm/dd/yyyy)*          Preparer's Firm or Organization Name *(If applicable)*          Preparer's Daytime Phone Number

Preparer's Address - Street Number and Name          City          State          Zip Code

**NOTE: Do not complete Parts 13 and 14 until a USCIS Officer instructs you to do so.**

### Part 13. Signature at Interview.

I swear (affirm) and certify under penalty of perjury under the laws of the United States of America that I know that the contents of this application for naturalization subscribed by me, including corrections numbered 1 through _____ and the evidence submitted by me numbered pages 1 through _____, are true and correct to the best of my knowledge and belief.

Subscribed to and sworn to (affirmed) before me

                                                  Officer's Printed Name or Stamp                    Date *(mm/dd/yyyy)*

Complete Signature of Applicant                   Officer's Signature

### Part 14. Oath of Allegiance.

If your application is approved, you will be scheduled for a public oath ceremony at which time you will be required to take the following oath of allegiance immediately prior to becoming a naturalized citizen. By signing, you acknowledge your willingness and ability to take this oath:

I hereby declare, on oath, that I absolutely and entirely renounce and abjure all allegiance and fidelity to any foreign prince, potentate, state, or sovereignty, of whom or which I have heretofore been a subject or citizen;

that I will support and defend the Constitution and laws of the United States of America against all enemies, foreign and domestic;

that I will bear true faith and allegiance to the same;

that I will bear arms on behalf of the United States when required by the law;

that I will perform noncombatant service in the Armed Forces of the United States when required by the law;

that I will perform work of national importance under civilian direction when required by the law; and

that I take this obligation freely, without any mental reservation or purpose of evasion; so help me God.

Printed Name of Applicant                              Complete Signature of Applicant