

**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
WASHINGTON, D.C. 20224

SMALL BUSINESS/SELF-EMPLOYED DIVISION

January 21, 2005

Larry & Debra Golson
7736 Deer Trail Rd.
Montgomery, AL 36117

Dear Mr. Golson:

Please call me at (616) 235-1749 within 10 days regarding an investigation of Peter Hendrickson and Lost Horizons.

Sincerely,

*Heidi Beukema*

Heidi Beukema
Revenue Agent
#38-00949

678 Front Avenue NW, Suite 200, Grand Rapids, MI 49504

Exhibit 15