IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
|    Petitioner, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:06mc3278-MHT |
| | ) | |
| LARRY B. GOLSON | ) | |
| | ) | |
|    Respondent. | ) | |

ORDER

To the extent respondent's filing (Doc. No. 11) can be construed as a motion for relief that this court has jurisdiction to grant, it is ORDERED that the motion is denied.

DONE, this the 12th day of April, 2006.

                                          /s/ Myron H. Thompson
                                    UNITED STATES DISTRICT JUDGE